1 | MAILLIARD KING  K-06711
2 | CSP-SOLANO  12-120L
     P.O.BOX 4000
     VACAVILLE,CALIFORNIA.95696-4000
3 |        In Pro Per.

4 |        CALIFORNIA PRISON HEALTH CARE RECEIVERSHIP
               FEDERAL DISTRICT COURT HOUSE
5 |                LAW LIBRARY-18th FLOOR
                   450 GOLDEN GATE AVE
6 |           SAN FRANCISCO,CALIFORNIA.94102

7 |                                        JUNE 5,2008

8 | Dear Judge,        CV 08        2960

9 | I am writing this letter in hopes of receiving some assistance
10 | from your Office concerning the medical care I am receiving here
11 | at CSP-Solano,State Prison. I have written your Office before re-
12 | questing and informing your Office about the medical care and the
13 | lack of medical care being implemented here at this Institution.
14 |  In order for me to receive any medical treatment for major med-
15 | ical problems like; High Blood Pressure,Hepatitis C,Enlarged Pro-
16 | state,Back Injury,Constantly losing weight,Follow-up Colon exami-
17 | nation,Follow-up Eye examination,Dental problems,etc...I have to
18 | file numerous 602's(Inmate Appeals Forms),in order to receive the
19 | necessary medical care to address my medical problems. Attached
20 | to this letter are Tracking Documents showing how many 602's I
21 | have filed to receive medical treatment and the reprisal and tri-
22 | bution implemented by medical Staff and Employee's for the filing
23 | of these 602's. The situation has gotten so bad that,I had to file
24 | a Civil Suit against this Institution for negligence and inade-
25 | quate medical care(Case No.2:07-07-cv-00846-FCD-JFM). There(medi-
26 | cal staff) actions against me are constant and consistent. When I
27 | put in medical slips requesting medical care and you should see a
28 | triage Nurse in 48 hours. I donot see anyone until (5)five or se-

1   veral days later or not at all. Several appointments have been
2   made and not only did I not see the Doctor. But,the medical file
3   and records reflexed that I was seen and treated. Medication
4   changed,stopped,the nature of my request to the Doctor disregarded,
5   Doctors with unprofessional attitudes,appoinments re-scheduled
6   months later as if the urgent problem with either be more severe
7   or not necessary to treat. The medical Department here at CSP-
8   Solano does everything to deter you from going to the primary Clin-
9   ic to receive medical treatment. The waiting Room only should hold
10  25 people/inmates. But,each and everytime you go to the Clinic.
11  There are 30 to 40 inmates waiting hours to be seen. There are so
12  many medical Staff,Correctional Officers,and Medical Employee's
13  in the medical Department,that you can not walk from one area to
14  the next area without being pushed,bumped,shuffled,or stepped-on
15  toget from one place to the next. There are to many people in this
16  small and inconvenient Medical Department,without compoundong the
17  situation with unnecessary Correctional Staff. that is another
18  issue in itself! Anyway,because of the lack of medical assistance,
19  falsifying medical records,unprofessionalism,and acts of reprisal
20  and retaliation. Warrants the writing of this letter to your Of-
21  fice,in hopes of getting some assistance and address to my medical
22  problems,and to inform your Office of the inadequate medical treat-
23  ment being displayed here at CSP-SOLANO. I have received false and
24  fabricated CDC-115's(Disciplinary Report) for things concerning
25  the negligence of the medical Department and the Correctional Of-
26  ficers,that was not under my control or had been notified about.
27  Do take note that; Everything that I write or do inform the out-
28  side entities to concerning the actions of this Institution. Will

2 of 3

1    generate some form of retribution for addressing these complaints
2   with an outside entity,instead of addressing this issue fruitless-
3   ly with this Administration.

4    I hope I am sending this letter to the "right" receivership Of-
5   fice. If not,Please,forward this letter to the appropriate Office
6   for response.   Thank You!

7    I sincerely hope to hear from your Office concerning the recep-
8   tion of this letter.

9                                    Respectfully Submitted,

10
                                     MAILLIARD KING   D-06711)
11                                              In Pro Per.

12

13   Dated; 4/6/08  .

14
     (ATTACHED TO THIS LETTER ARE:)
15
     THE INMATES APPEALS TRACKING RECORD:(11 PAGES.)(EX.A)
16
17   THE LATEST 602 FILED AGAINST THE MEDICAL DEPARTMENT:(12 PAGES:)
     (EX.B)
18

19

20

21

22

23

24

25

26

27

28

                                                          3 of 3

# E X H I B I T   C O V E R   P A G E :

Exhibit: _____ **A** _____

**Description of this exhibit:** INMATE APPEALS TRACKING SHEET

**Number of pages of this exhibit:** 11 _____ **pages**

**JURISDICTION:** (Check only one)

_____**Municipal Court**

_____**Superior Court**

_____**Appellate Court**

_____**State Supreme Court**

_____**United States District Court**

_____**United States Circuit Court**

_____**United States Supreme Court**

_____**California Department of Corrections, 602 Exhibit.**

__X__**Other:** _____

CSP-SOLANO

05/19/2008

**CALIFORNIA DEPARTMENT OF CORRECTIONS**

Inmate/Parolee Appeals Tracking System - Level I & II

**Appeal Listing**

Sorted By: Log Number

| CDC Number | Appellant Name | Area Of Origin | Issue | Log Number | Group Appeal |
|---|---|---|---|---|---|
| K06711 | KING, M | MEDICAL | MEDICAL | CSP-S- | |
| K06711 | KING, M | FAC I | DISCIPLINARY | CSP-S- | |
| K06711 | KING, M | MEDICAL | MEDICAL | CSP-S- | |
| K06711 | KING, M | FAC I | STAFF COMPLAINTS | CSP-S- | |
| K06711 | KING, M | MEDICAL | MEDICAL | CSP-S- | |
| K06711 | KING, M | MAILROOM | MAIL | CSP-S- | |
| K06711 | KING, M | FAC II | PROPERTY | CSP-S- | |
| K06711 | KING, M | FAC II | PROPERTY | CSP-S- | |
| K06711 | KING, M | MEDICAL | MEDICAL | CSP-S- | |
| K06711 | KING, M | MEDICAL | ADA | CSP-S- | |
| K06711 | KING, M | BUSINESS-SVC | FUNDS | CSP-S- | |
| K06711 | KING, M | CENTRAL SVC | MAIL | CSP-S- | |
| K06711 | KING, M | CENTRAL SVC | MAIL | CSP-S- | |
| K06711 | KING, M | CENTRAL SVC | MAIL | CSP-S- | |
| K06711 | KING, M | MEDICAL | MEDICAL | CSP-S- | |
| K06711 | KING, M | MEDICAL | MEDICAL | CSP-S- | |
| K06711 | KING, M | FAC II | STAFF COMPLAINTS | CSP-S- | |
| K06711 | KING, M | BUSINESS-SVC | FUNDS | CSP-S- | |
| K06711 | KING, M | FAC II | PROGRAM | CSP-S- | |
| K06711 | KING, M | APPEALS | LEGAL | CSP-S- | |
| K06711 | KING, M | FAC II | LEGAL | CSP-S- | |

CSP-SOLANO

05/19/2008

**CALIFORNIA DEPARTMENT OF CORRECTIONS**

**Inmate/Parolee Appeals Tracking System - Level I & II**

**Appeal Listing**

Sorted By: Log Number

| CDC Number | Appellant Name | Area Of Origin | Issue | Log Number | Group Appeal |
|---|---|---|---|---|---|
| K06711 | KING, M | MEDICAL | MEDICAL | CSP-S- | |
| K06711 | KING, M | MEDICAL | MEDICAL | CSP-S- | |
| K06711 | KING, M | LEGAL | LEGAL | CSP-S- | |
| K06711 | KING, M | FAC II | STAFF COMPLAINTS | CSP-S- | |
| K06711 | KING, M | LEGAL | LEGAL | CSP-S- | |
| K06711 | KING, M | LEGAL | LEGAL | CSP-S- | |
| K06711 | KING, M | LAW LIBRARY | LEGAL | CSP-S- | |
| K06711 | KING, M | LAW LIBRARY | LEGAL | CSP-S- | |
| K06711 | KING, M | MAILROOM | MAIL | CSP-S- | |
| K06711 | KING, M | MEDICAL | MEDICAL | CSP-S- | |
| K06711 | KING, M | MEDICAL | STAFF COMPLAINTS | CSP-S- | |
| K06711 | KING, M | CLOTHING DIST. | LIVING CONDITIONS | CSP-S- | |
| K06711 | KING, M | MEDICAL | STAFF COMPLAINTS | CSP-S- | |
| K06711 | KING, M | CLOTHING DIST. | LIVING CONDITIONS | CSP-S- | |
| K06711 | KING, M | LAW LIBRARY | STAFF COMPLAINTS | CSP-S- | |
| K06711 | KING, M | EDUCATION | LEGAL | CSP-S- | |
| K06711 | KING, M | FAC II | STAFF COMPLAINTS | CSP-S- | |
| K06711 | KING, M | FAC II | STAFF COMPLAINTS | CSP-S- | |
| K06711 | KING, M | APPEALS | STAFF COMPLAINTS | CSP-S- | |
| K06711 | KING, M | PLANT OPERATIONS | LIVING CONDITIONS | CSP-S- | |
| K06711 | KING, M | PLANT OPERATIONS | LIVING CONDITIONS | CSP-S- | |

CSP-SOLANO

05/19/2008

**CALIFORNIA DEPARTMENT OF CORRECTIONS**
**Inmate/Parolee Appeals Tracking System - Level I & II**

**Appeal Listing**

Sorted By: Log Number

| CDC Number | Appellant Name | Area Of Origin | Issue | Log Number | Group Appeal |
|---|---|---|---|---|---|
| K06711 | KING, M | FAC II | STAFF COMPLAINTS | CSP-S- | |
| K06711 | KING, M | LAW LIBRARY | STAFF COMPLAINTS | CSP-S- | |
| K06711 | KING, M | MAILROOM | MAIL | CSP-S- | |
| K06711 | KING, M | LAW LIBRARY | STAFF COMPLAINTS | CSP-S- | |
| K06711 | KING, M | MAILROOM | STAFF COMPLAINTS | CSP-S- | |
| K06711 | KING, M | LAW LIBRARY | STAFF COMPLAINTS | CSP-S- | |
| K06711 | KING, M | FAC II | MAIL | CSP-S- | |
| K06711 | KING, M | LAW LIBRARY | STAFF COMPLAINTS | CSP-S- | |
| K06711 | KING, M | FAC II | STAFF COMPLAINTS | CSP-S- | |
| K06711 | KING, M | FAC II | MEDICAL | CSP-S- | |
| K06711 | KING, M | FAC II | STAFF COMPLAINTS | CSP-S- | |
| K06711 | KING, M | FAC II | LIVING CONDITIONS | CSP-S- | |
| K06711 | KING, M | FAC II | DISCIPLINARY | CSP-S- | |
| K06711 | KING, M | FAC II | LIVING CONDITIONS | CSP-S- | |
| K06711 | KING, M | FAC II | STAFF COMPLAINTS | CSP-S- | |
| K06711 | KING, M | LAW LIBRARY | STAFF COMPLAINTS | CSP-S- | |
| K06711 | KING, M | LAW LIBRARY | STAFF COMPLAINTS | CSP-S- | |
| K06711 | KING, M | LAW LIBRARY | LEGAL | CSP-S- | |
| K06711 | KING, M | FAC II | STAFF COMPLAINTS | CSP-S- | |
| K06711 | KING, M | LAW LIBRARY | STAFF COMPLAINTS | CSP-S- | |
| K06711 | KING, M | LAW LIBRARY | LEGAL | CSP-S- | |

Page: 3

CSP-SOLANO

05/19/2008

**CALIFORNIA DEPARTMENT OF CORRECTIONS**
Inmate/Parolee Appeals Tracking System - Level I & II

**Appeal Listing**

Sorted By: Log Number

| CDC Number | Appellant Name | Area Of Origin | Issue | Log Number | Group Appeal |
|---|---|---|---|---|---|
| K06711 | KING, M | LAW LIBRARY | STAFF COMPLAINTS | CSP-S- | |
| K06711 | KING, M | LAW LIBRARY | LEGAL | CSP-S- | |
| K06711 | KING, M | FAC II | STAFF COMPLAINTS | CSP-S- | |
| K06711 | KING, M | MED/HEALTH SERVICES | STAFF COMPLAINTS | CSP-S- | |
| K06711 | KING, M | MEDICAL | MEDICAL | CSP-S- | |
| K06711 | KING, M | LAW LIBRARY | STAFF COMPLAINTS | CSP-S- | |
| K06711 | KING, M | FAC II | STAFF COMPLAINTS | CSP-S- | |
| K06711 | KING, M | LAW LIBRARY | STAFF COMPLAINTS | CSP-S- | |
| K06711 | KING, M | MAILROOM | STAFF COMPLAINTS | CSP-S- | |
| K06711 | KING, M | MEDICAL | MEDICAL | CSP-S- | |
| K06711 | KING, M | FAC II | DISCIPLINARY | CSP-S- | |
| K06711 | KING, M | FAC I | STAFF COMPLAINTS | CSP-S- | |
| K06711 | KING, M | FAC II | DISCIPLINARY | CSP-S- | |
| K06711 | KING, M | BUSINESS-SVC | FUNDS | CSP-S-00-00511 | |

Level I Review: Received: 03/07/2000    Due: 04/19/2000    Completed: 03/23/2000    Disposition: GRANTED

| K06711 | KING, M | FAC I | STAFF COMPLAINTS | CSP-S-04-00637 | |

Level I Review: Received: 02/24/2004    Due: 04/12/2004    Completed: 04/13/2004    Disposition: DENIED
Level II Review: Received: 04/20/2004    Due: 05/18/2004    Completed: 05/14/2004    Disposition: GRANTED IN PART
Level III Review:                                               Completed: 08/14/2004    Disposition: DENIED

| K06711 | KING, M | MEDICAL | STAFF COMPLAINTS | CSP-S-04-00681 | |

Level I Review: Received: 02/27/2004    Due: 04/16/2004    Completed: 03/18/2004    Disposition: CANCELLED

| K06711 | KING, M | FAC I | PROGRAM | CSP-S-04-01170 | |

CSP-SOLANO

05/19/2008

**CALIFORNIA DEPARTMENT OF CORRECTIONS**
**Inmate/Parolee Appeals Tracking System - Level I & II**

**Appeal Listing**

Sorted By: Log Number

| CDC Number | Appellant Name | Area Of Origin | Issue | Log Number | Group Appeal |
|---|---|---|---|---|---|
| K06711 | KING, M | BUSINESS-SVC | LIVING CONDITIONS | CSP-S-04-01278 | |
| Level I Review: | Received: 04/13/2004 | Due: 05/25/2004 | Completed: 05/20/2004 | Disposition: DENIED | |
| Level II Review: | Received: 05/28/2004 | Due: 06/28/2004 | Completed: 07/02/2004 | Disposition: GRANTED IN PART | |
| K06711 | KING, M | CUSTODY/C. SVC. | MAIL | CSP-S-04-02309 | |
| Level I Review: | Received: 04/27/2004 | Due: 06/09/2004 | Completed: 05/28/2004 | Disposition: DENIED | |
| Level II Review: | Received: 06/10/2004 | Due: 07/09/2004 | Completed: 07/14/2004 | Disposition: DENIED | |
| K06711 | KING, M | FAC II | STAFF COMPLAINTS | CSP-S-04-03280 | |
| Level I Review: | Received: 07/26/2004 | Due: 09/07/2004 | Completed: 08/25/2004 | Disposition: GRANTED IN PART | |
| Level II Review: | Received: 09/03/2004 | Due: 10/04/2004 | Completed: 10/19/2004 | Disposition: GRANTED IN PART | |
| Level III Review: | | | Completed: 01/13/2005 | Disposition: DENIED | |
| K06711 | KING, M | VOCATIONAL/EDUC. | LEGAL | CSP-S-04-03407 | |
| Level I Review: | Received: 10/21/2004 | Due: 12/07/2004 | Completed: 11/12/2004 | Disposition: GRANTED IN PART | |
| Level II Review: | Received: 11/24/2004 | Due: 12/24/2004 | Completed: 01/25/2005 | Disposition: GRANTED IN PART | |
| Level III Review: | | | Completed: 04/22/2005 | Disposition: DENIED | |
| K06711 | KING, M | TRANSPORTATION UNIT/ | STAFF COMPLAINTS | CSP-S-04-03606 | |
| Level I Review: | Received: 11/04/2004 | Due: 12/21/2004 | Completed: 12/24/2004 | Disposition: GRANTED IN PART | |
| K06711 | KING, M | FAC II | STAFF COMPLAINTS | CSP-S-04-03721 | |
| Level I Review: | Received: 11/29/2004 | Due: 01/10/2005 | Completed: 12/16/2004 | Disposition: WITHDRAWN | |
| K06711 | KING, M | MEDICAL | MEDICAL | CSP-S-05-00049 | |
| Level I Review: | Received: 12/13/2004 | Due: 01/25/2005 | Completed: 01/20/2005 | Disposition: DENIED | |
| Level II Review: | Received: 02/10/2005 | Due: 03/11/2005 | Completed: 05/03/2005 | Disposition: DENIED | |
| Level III Review: | | | Completed: 07/26/2005 | Disposition: DENIED | |
| K06711 | KING, M | BUSINESS-SVC | FUNDS | CSP-S-05-00104 | |
| Level I Review: | Received: 01/06/2005 | Due: 02/18/2005 | Completed: 02/15/2005 | Disposition: GRANTED | |

CSP-SOLANO

05/19/2008

**CALIFORNIA DEPARTMENT OF CORRECTIONS**
**Inmate/Parolee Appeals Tracking System - Level I & II**

**Appeal Listing**

Sorted By: Log Number

| CDC Number | Appellant Name | Area Of Origin | Issue | Log Number | Group Appeal |
|---|---|---|---|---|---|
| | | APPEALS | | | |
| K06711 | KING, M | | | | |
| Level I Review: | Received: 01/13/2005 | Due: 02/28/2005 | Completed: 02/25/2005 | **Disposition:** GRANTED | |
| Level II Review: | Received: 03/11/2005 | Due: 04/11/2005 | Completed: 07/25/2005 | **Disposition:** GRANTED IN PART | |
| Level III Review: | | | Completed: 10/24/2005 | **Disposition:** DENIED | |
| | | | LEGAL | CSP-S-05-00163 | |
| K06711 | KING, M | | | | |
| Level I Review: | Received: 01/21/2005 | Due: 03/07/2005 | Completed: 04/25/2005 | **Disposition:** GRANTED IN PART | |
| | | FAC II | STAFF COMPLAINTS | CSP-S-05-00204 | |
| K06711 | KING, M | | | | |
| Level I Review: | Received: 01/28/2005 | Due: 03/14/2005 | Completed: 02/15/2005 | **Disposition:** DENIED | |
| Level II Review: | Received: 02/25/2005 | Due: 03/25/2005 | Completed: 05/09/2005 | **Disposition:** GRANTED IN PART | |
| Level III Review: | | | Completed: 08/04/2005 | **Disposition:** DENIED | |
| | | CENTRAL SVC | MAIL | CSP-S-05-00353 | |
| K06711 | KING, M | | | | |
| Level I Review: | Received: 02/14/2005 | Due: 03/29/2005 | Completed: 03/17/2005 | **Disposition:** DENIED | |
| Level II Review: | Received: 04/01/2005 | Due: 04/29/2005 | Completed: 06/02/2005 | **Disposition:** DENIED | |
| Level III Review: | | | Completed: 09/06/2005 | **Disposition:** DENIED | |
| | | FAC II | LEGAL | CSP-S-05-00555 | |
| K06711 | KING, M | | | | |
| Level I Review: | Received: 03/02/2005 | Due: 04/14/2005 | Completed: 04/13/2005 | **Disposition:** GRANTED IN PART | |
| Level II Review: | Received: 04/29/2005 | Due: 05/27/2005 | Completed: 07/12/2005 | **Disposition:** GRANTED IN PART | |
| Level III Review: | | | Completed: 10/06/2005 | **Disposition:** DENIED | |
| | | FAC II | STAFF COMPLAINTS | CSP-S-05-00729 | |
| K06711 | KING, M | | | | |
| Level I Review: | Received: 03/22/2005 | Due: 05/04/2005 | Completed: 05/05/2005 | **Disposition:** GRANTED IN PART | |
| Level II Review: | Received: 05/13/2005 | Due: 06/13/2005 | Completed: 08/04/2005 | **Disposition:** GRANTED IN PART | |
| Level III Review: | | | Completed: 10/31/2005 | **Disposition:** DENIED | |
| | | MEDICAL | MEDICAL | CSP-S-05-00836 | |
| K06711 | KING, M | | | | |
| Level I Review: | Received: 03/30/2005 | Due: 05/12/2005 | Completed: 04/07/2005 | **Disposition:** GRANTED | |
| Level II Review: | Received: 04/25/2005 | Due: 05/23/2005 | Completed: 05/27/2005 | **Disposition:** GRANTED | |
| Level III Review: | | | Completed: 08/16/2005 | **Disposition:** GRANTED IN PART | |

**CSP-SOLANO**

05/19/2008

**CALIFORNIA DEPARTMENT OF CORRECTIONS**

**Inmate/Parolee Appeals Tracking System - Level I & II**

**Appeal Listing**

**Sorted By: Log Number**

| CDC Number | Appellant Name | Area Of Origin | Issue | Log Number | Group Appeal |
|---|---|---|---|---|---|
| K06711 | KING, M | FAC II | STAFF COMPLAINTS | CSP-S-05-00995 | |
| Level I Review: | Received: 04/20/2005 | Due: 06/02/2005 | Completed: 05/12/2005 | Disposition: GRANTED IN PART | |
| Level II Review: | Received: 05/27/2005 | Due: 06/27/2005 | Completed: 08/29/2005 | Disposition: GRANTED IN PART | |
| Level III Review: | | | Completed: 12/09/2005 | Disposition: DENIED | |
| K06711 | KING, M | MEDICAL | MEDICAL | CSP-S-05-01069 | |
| Level I Review: | Received: 04/28/2005 | Due: 06/10/2005 | Completed: 06/02/2005 | Disposition: GRANTED IN PART | |
| K06711 | KING, M | FAC II | STAFF COMPLAINTS | CSP-S-05-01070 | |
| Level I Review: | Received: 04/28/2005 | Due: 06/10/2005 | Completed: 05/10/2005 | Disposition: WITHDRAWN | |
| K06711 | KING, M | FAC II | PROGRAM | CSP-S-05-01299 | |
| Level I Review: | Received: 05/24/2005 | Due: 07/07/2005 | Completed: 07/13/2005 | Disposition: WITHDRAWN | |
| K06711 | KING, M | BUSINESS-SVC | LIVING CONDITIONS | CSP-S-05-02041 | |
| Level I Review: | Received: 08/03/2005 | Due: 09/15/2005 | Completed: 08/25/2005 | Disposition: DENIED | |
| K06711 | KING, M | MEDICAL | MEDICAL | CSP-S-05-02273 | |
| Level I Review: | Received: 08/23/2005 | Due: 10/05/2005 | Completed: 10/13/2005 | Disposition: GRANTED | |
| Level II Review: | Received: 10/24/2005 | Due: 11/22/2005 | Completed: 11/29/2005 | Disposition: GRANTED IN PART | |
| Level III Review: | | | Completed: 01/24/2006 | Disposition: GRANTED IN PART | |
| K06711 | KING, M | FAC II | LEGAL | CSP-S-05-03115 | |
| Level I Review: | Received: 11/08/2005 | Due: 12/23/2005 | Completed: 01/20/2006 | Disposition: WITHDRAWN | |
| K06711 | KING, M | LAW LIBRARY | LEGAL | CSP-S-06-00099 | |
| Level I Review: | Received: 01/10/2006 | Due: 02/24/2006 | Completed: 02/14/2006 | Disposition: GRANTED IN PART | |
| Level II Review: | Received: 03/03/2006 | Due: 04/03/2006 | Completed: 04/05/2006 | Disposition: GRANTED IN PART | |
| Level III Review: | | | Completed: 07/06/2006 | Disposition: DENIED | |
| K06711 | KING, M | FAC II | PROPERTY | CSP-S-06-00321 | |
| Level I Review: | Received: 01/30/2006 | Due: 03/15/2006 | Completed: 02/15/2006 | Disposition: WITHDRAWN | |

CSP-SOLANO

05/19/2008

**CALIFORNIA DEPARTMENT OF CORRECTIONS**

**Inmate/Parolee Appeals Tracking System - Level I & II**

**Appeal Listing**

Sorted By: Log Number

| CDC Number | Appellant Name | Area Of Origin | Issue | Log Number | Group Appeal |
|---|---|---|---|---|---|
| K06711 | KING, M | MEDICAL | STAFF COMPLAINTS | CSP-S-06-00876 | |
| Level I Review: | Received: 03/21/2006 | Due: 05/03/2006 | Completed: 05/01/2006 | Disposition: GRANTED IN PART | |
| K06711 | KING, M | MEDICAL | MEDICAL | CSP-S-06-01082 | |
| Level I Review: | Received: 04/11/2006 | Due: 05/23/2006 | Completed: 05/05/2006 | Disposition: GRANTED IN PART | |
| K06711 | KING, M | CLOTHING DIST. | LIVING CONDITIONS | CSP-S-06-01193 | |
| Level I Review: | Received: 04/19/2006 | Due: 06/01/2006 | Completed: 05/26/2006 | Disposition: GRANTED IN PART | |
| Level II Review: | Received: 06/08/2006 | Due: 07/07/2006 | Completed: 07/07/2006 | Disposition: GRANTED IN PART | |
| Level III Review: | | | Completed: 09/20/2006 | Disposition: DENIED | |
| K06711 | KING, M | EDUCATION | STAFF COMPLAINTS | CSP-S-06-01583 | |
| Level I Review: | Received: 06/07/2006 | Due: 07/20/2006 | Completed: 08/15/2006 | Disposition: GRANTED IN PART | |
| Level II Review: | Received: 08/31/2006 | Due: 09/29/2006 | Completed: 11/22/2006 | Disposition: GRANTED IN PART | |
| Level III Review: | | | Completed: 02/15/2007 | Disposition: DENIED | |
| K06711 | KING, M | FAC II | PROPERTY | CSP-S-06-02020 | |
| Level I Review: | Received: 06/20/2006 | Due: 08/02/2006 | Completed: 07/07/2006 | Disposition: DENIED | |
| Level II Review: | Received: 07/21/2006 | Due: 08/18/2006 | Completed: 09/21/2006 | Disposition: DENIED | |
| Level III Review: | | | Completed: 12/19/2006 | Disposition: DENIED | |
| K06711 | KING, M | FAC II | LEGAL | CSP-S-06-02341 | |
| Level II Review: | Received: 07/14/2006 | Due: 08/25/2006 | Completed: 09/21/2006 | Disposition: DENIED | |
| Level III Review: | | | Completed: 12/18/2006 | Disposition: DENIED | |
| K06711 | KING, M | PLANT OPERATIONS | LIVING CONDITIONS | CSP-S-06-02470 | |
| Level I Review: | Received: 07/24/2006 | Due: 09/05/2006 | Completed: 08/24/2006 | Disposition: GRANTED | |
| K06711 | KING, M | FAC II | STAFF COMPLAINTS | CSP-S-06-02828 | |
| Level I Review: | Received: 08/23/2006 | Due: 10/05/2006 | Completed: 10/17/2006 | Disposition: GRANTED IN PART | |
| Level II Review: | Received: 11/09/2006 | Due: 12/12/2006 | Completed: 12/28/2006 | Disposition: GRANTED IN PART | |

Page: 8

05/19/2008

CSP-SOLANO

**CALIFORNIA DEPARTMENT OF CORRECTIONS**

**Inmate/Parolee Appeals Tracking System - Level I & II**

**Appeal Listing**

**Sorted By: Log Number**

| CDC Number | Appellant Name | Area Of Origin | Issue | Log Number | Group Appeal |
|---|---|---|---|---|---|
| K06711 | KING, M | FAC II | STAFF COMPLAINTS | CSP-S-06-03351 | |
| | | | | Disposition: DENIED | |
| Level III Review: | | | Completed: 03/13/2007 | | |
| Level I Review: | Received: 10/04/2006 | Due: 11/17/2006 | Completed: 10/26/2006 | Disposition: GRANTED IN PART | |
| Level II Review: | Received: 11/15/2006 | Due: 12/15/2006 | Completed: 01/12/2007 | Disposition: GRANTED IN PART | |
| Level III Review: | | | Completed: 04/13/2007 | Disposition: DENIED | |
| K06711 | KING, M | LAW LIBRARY | LEGAL | CSP-S-06-03563 | |
| Level I Review: | Received: 10/25/2006 | Due: 12/11/2006 | Completed: 12/13/2006 | Disposition: DENIED | |
| Level II Review: | Received: 12/28/2006 | Due: 01/29/2007 | Completed: 02/09/2007 | Disposition: GRANTED IN PART | |
| Level III Review: | | | | | |
| K06711 | KING, M | LAW LIBRARY | STAFF COMPLAINTS | CSP-S-06-03784 | |
| Level I Review: | Received: 11/20/2006 | Due: 01/04/2007 | Completed: 01/11/2007 | Disposition: GRANTED IN PART | |
| Level II Review: | Received: 01/23/2007 | Due: 02/22/2007 | Completed: 02/23/2007 | Disposition: GRANTED IN PART | |
| Level III Review: | | | Completed: 06/01/2007 | Disposition: DENIED | |
| K06711 | KING, M | LAW LIBRARY | LEGAL | CSP-S-06-03959 | |
| Level I Review: | Received: 12/01/2006 | Due: 01/16/2007 | Completed: 12/28/2006 | Disposition: DENIED | |
| Level II Review: | Received: 01/20/2007 | Due: 02/20/2007 | Completed: 02/22/2007 | Disposition: GRANTED IN PART | |
| Level III Review: | | | Completed: 05/17/2007 | Disposition: DENIED | |
| K06711 | KING, M | LAW LIBRARY | LEGAL | CSP-S-07-00145 | |
| Level I Review: | Received: 01/16/2007 | Due: 03/01/2007 | Completed: 01/23/2007 | Disposition: DENIED | |
| Level II Review: | Received: 02/01/2007 | Due: 03/05/2007 | Completed: 03/01/2007 | Disposition: DENIED | |
| Level III Review: | | | | | |
| K06711 | KING, M | LAW LIBRARY | LEGAL | CSP-S-07-00227 | |
| Level I Review: | Received: 01/23/2007 | Due: 03/08/2007 | Completed: 03/26/2007 | Disposition: DENIED | |
| Level II Review: | Received: 03/30/2007 | Due: 04/27/2007 | Completed: 05/16/2007 | Disposition: DENIED | |
| Level III Review: | | | Completed: 09/07/2007 | Disposition: DENIED | |
| K06711 | KING, M | FAC III | PROGRAM | CSP-S-07-00322 | |

CSP-SOLANO

05/19/2008

# CALIFORNIA DEPARTMENT OF CORRECTIONS
## Inmate/Parolee Appeals Tracking System - Level I & II

### Appeal Listing

**Sorted By: Log Number**

| CDC Number | Appellant Name | Level | Received | Due | Completed | Disposition | Area Of Origin | Issue | Log Number | Group Appeal |
|---|---|---|---|---|---|---|---|---|---|---|
| K06711 | KING, M | Level I Review | 01/30/2007 | 03/15/2007 | 04/02/2007 | DENIED | MED/HEALTH SERVICES | DISCIPLINARY | CSP-S-07-00882 | |
| | | Level II Review | 04/10/2007 | 05/08/2007 | 06/04/2007 | GRANTED IN PART | | | | |
| | | Level III Review | | | 10/05/2007 | DENIED | | | | |
| K06711 | KING, M | Level I Review | 03/26/2007 | 05/14/2007 | 04/16/2007 | WITHDRAWN | MEDICAL | MEDICAL | CSP-S-07-01596 | |
| K06711 | KING, M | Level I Review | 06/01/2007 | 07/16/2007 | 07/13/2007 | GRANTED IN PART | LAW LIBRARY | DISCIPLINARY | CSP-S-07-02009 | |
| | | Level II Review | 07/19/2007 | 08/16/2007 | 07/25/2007 | GRANTED IN PART | | | | |
| | | Level III Review | | | 11/02/2007 | DENIED | | | | |
| K06711 | KING, M | Level I Review | 07/09/2007 | 08/20/2007 | 09/04/2007 | DENIED | LAW LIBRARY | LEGAL | CSP-S-07-02132 | |
| | | Level II Review | 07/17/2007 | 08/28/2007 | 12/18/2007 | DENIED | | | | |
| K06711 | KING, M | Level I Review | 09/06/2007 | 10/04/2007 | 08/16/2007 | DENIED | FAC III | PROPERTY | CSP-S-07-02615 | |
| | | Level II Review | 08/24/2007 | 10/09/2007 | 10/26/2007 | DENIED | | | | |
| | | Level III Review | | | 02/14/2008 | DENIED | | | | |
| K06711 | KING, M | Level I Review | 09/28/2007 | 10/29/2007 | 09/19/2007 | DENIED | MEDICAL | MEDICAL | CSP-S-07-03159 | |
| | | Level II Review | 10/02/2007 | 11/15/2007 | 11/27/2007 | GRANTED IN PART | | | | |
| | | Level III Review | | | 02/29/2008 | DENIED | | | | |
| K06711 | KING, M | Level I Review | 12/04/2007 | 01/18/2008 | 11/21/2007 | GRANTED | FAC II | PROGRAM | CSP-S-07-03220 | |
| | | Level II Review | | | 02/15/2008 | GRANTED IN PART | | | | |

CSP-SOLANO

05/19/2008

**CALIFORNIA DEPARTMENT OF CORRECTIONS**

**Inmate/Parolee Appeals Tracking System - Level I & II**

Appeal Listing

Sorted By: Log Number

| CDC Number | Appellant Name | Area Of Origin | Issue | Log Number | Group Appeal |
|---|---|---|---|---|---|
| K06711 | KING, M | FAC II | PROGRAM | CSP-S-07-03243 | |
| Level I Review: | Received: 10/05/2007 | Due: 11/20/2007 | Completed: 10/31/2007 | **Disposition:** DENIED | |
| Level II Review: | Received: 11/15/2007 | Due: 12/17/2007 | Completed: 01/24/2008 | **Disposition:** GRANTED IN PART | |
| K06711 | KING, M | | | CSP-S-07-03409 | |
| Level I Review: | Received: 10/24/2007 | Due: 12/10/2007 | Completed: 12/14/2007 | **Disposition:** DENIED | |
| Level II Review: | Received: 12/31/2007 | Due: 01/30/2008 | Completed: 03/11/2008 | **Disposition:** DENIED | |
| K06711 | KING, M | LAW LIBRARY | LEGAL | CSP-S-07-04033 | |
| Level I Review: | Received: 10/23/2007 | Due: 12/07/2007 | Completed: 11/27/2007 | **Disposition:** GRANTED | |
| K06711 | KING, M | MEDICAL | MEDICAL | CSP-S-07-04065 | |
| Level I Review: | Received: 12/20/2007 | Due: 04/03/2008 | Completed: 02/27/2008 | **Disposition:** DENIED | |
| Level II Review: | Received: 03/05/2008 | Due: 04/03/2008 | Completed: 04/09/2008 | **Disposition:** GRANTED IN PART | |
| K06711 | KING, M | MAILROOM | MAIL | CSP-S-08-00558 | |
| Level I Review: | Received: 12/26/2007 | Due: 02/08/2008 | Completed: 01/18/2008 | **Disposition:** GRANTED IN PART | |
| Level II Review: | Received: 01/26/2008 | Due: 02/27/2008 | Completed: 04/15/2008 | **Disposition:** GRANTED IN PART | |
| K06711 | KING, M | MEDICAL | MEDICAL | CSP-S-08-01760 | |
| Level I Review: | Received: 02/19/2008 | Due: 04/02/2008 | Completed: 04/04/2008 | **Disposition:** GRANTED IN PART | |
| Level II Review: | Received: 04/16/2008 | Due: 05/14/2008 | Completed: 05/12/2008 | **Disposition:** GRANTED IN PART | |
| K06711 | KING, M | FAC II | DISCIPLINARY | | |
| Level II Review: | Received: 05/06/2008 | Due: 06/18/2008 | Completed: | **Disposition:** | |

**Total: 131**

# EXHIBIT COVER PAGE:

**Exhibit:** _____ B _____

**Description of this exhibit:** 602 FILED AGAINST THE MEDICAL DEPARTMENT

**Number of pages of this exhibit:** __12__ **pages**

**JURISDICTION:** (Check only one)

_____ **Municipal Court**

_____ **Superior Court**

_____ **Appellate Court**

_____ **State Supreme Court**

_____ **United States District Court**

_____ **United States Circuit Court**

_____ **United States Supreme Court**

__X__ **California Department of Corrections, 602 Exhibit.**

_____ **Other:** _____

SRN Brooks

**INMATE/PAROLEE APPEAL FORM**
CDC 602 (12/87)

Location: Institution/Parole Region
1. _CSP-S_
2. _____

Log No.
1. _GP-00558_
2. _____

Category _mod_

You may appeal any policy, action or decision which has a significant adverse affect upon you. With the exception of Serious CDC 115s, classification committee actions, and classification and staff representative decisions, you must first informally seek relief through discussion with the appropriate staff member, who will sign your form and state what action was taken. If you are not then satisfied, you may send your appeal with all the supporting documents and not more than one additional page of comments to the Appeals Coordinator within 15 days of the action taken. No reprisals will be taken for using the appeals procedure responsibly.

| NAME | NUMBER | ASSIGNMENT | UNIT/ROOM NUMBER |
|------|--------|------------|------------------|
| KING | K-06711 | P M PORTER | 12  120L |

**A. Describe Problem:** ("NO" SUPERVISING STAFF OF THE MEDICAL DEPARTMENT)
UPON GOING TO THE MEDICAL DEPARTMENT SEVERAL TIMES TO INQUIRE AND TO RE-
CEIVE MEDICAL, AND TO FIND OUT WHY MY APPOINTMENTS WERE CANCELED AND "NOT"
RE-SCHEDULED. I REQUESTED TO SEE A SUPERVISOR OR SOMEONE SUPERVISING THE
MEDICAL DEPARTMENT, WITH "NO" RESULTS! IF THERE IS SOMEONE IN CHARGE OF
SUPERVISING THE MEDICAL DEPARTMENT. I WOULD LIKE KNOW WHO THAT INDIVIDUAL
IS, AND HOW CAN SOMEONE SEE THAT INDIVIDUAL WHEN YOU HAVE A MEDICAL PRO-
BLEM CONCERNING YOUR MEDICATION AND PROBLEMS WITH MEDICAL STAFF AND EM-

If you need more space, attach one additional sheet.                (see attached sheet)

**B. Action Requested:** IS THERE A SUPERVISOR FOR THE MEDICAL STAFF AND EMPLOYEE'S? IF
SO, WHO IS THAT PERSON? TO HAVE "ALL" MEDICAL STAFF AND EMPLOYEE'S WEAR THEIR
NAME TAGS! TO HAVE SOMEONE IN CHARGE OF RECEIVING AND LOGGING THE RECEPTION
OF THAT MEDICAL SLIP, AND SCHEDULE AN APPOINTMENT ACCORDINGLY. TO HAVE STAFF
(see attached sheet to continue)

Inmate/Parolee Signature: _Maillard King_        Date Submitted: _1/22/08_

**C. INFORMAL LEVEL (Date Received:** _01|25|08_ , due 02|08|08
**Staff Response:** Partially granted. Staff are to wear name tags ask for
shift lead M-F 8am-4pm. I/M has RN triage 1/28/08. there
is a specialty clinic appt for podiatry 2/4/08. All medications
appear to be current.

**Staff Signature:** _C MacDonald RN_        Date Returned to Inmate: _01|30|08_

**D. FORMAL LEVEL**
If you are dissatisfied, explain below, attach supporting documents (Completed CDC 115, Investigator's Report, Classification chrono, CDC 128, etc.) and submit to the Institution/Parole Region Appeals Coordinator for processing within 15 days of receipt of response.
I AM DISSATISFIED WITH THE RESPONSE FROM THE MEDICAL DEPARTMENT BECAUSE, I WAS TOLD BY
THE MEDICAL NURSE THAT MEDICAL REQUEST SLIPS THAT I SENT TO THE PRIMARY
CLINIC INDICATED THAT, "I WAS SEEN A DAY AFTER EACH SLIP WAS PLACED TO  .
THE MEDICAL DEPARTMENT"! "THAT IS A LIE"! NO ONE SEEN ME, CALLED ME AT MY

**Signature:** _Maillard King_        (see attached sheet No.1)
Date Submitted: _4/30/08_
Note: Property/Funds appeals must be accompanied by a completed
Board of Control form BC-1E, Inmate Claim        CDC Appeal Number:

FEB - 5 2008

medical

First Level ☐ Granted ☑ P. Granted ☐ Denied ☐ Other _____

E. REVIEWER'S ACTION (Complete within 15 working days): Date assigned: _02-19-08_ Due Date: _04-02-08_

Interviewed by: _C. Daibi, RN-CF & C. Navarez, SRNII(A)._

Pt chart reviewed. You were Unformed who the Supervisor & Current Shift lead are. You have a medical appt today @ 1300 in the Primary Clinic. If you have any further difficulties regarding Being an MD please fill free to contact us.

Staff Signature: _C. Daibi, RN-CF_ Title _Shift Lead_ Date Completed: _4.3.08_

Division Head Approved:
Signature: _L. Scarpe_ Title: _Smith_ Returned Date to Inmate: **APR 0 8 2008**

F. If dissatisfied, explain reasons for requesting a Second-Level Review, and submit to Institution or Parole Region Appeals Coordinator within 15 days of receipt of response.

I AM SATISFIED WITH THE RESPONSE ISSUE CONCERNING THE SUPERVISING ISSUE. BUT, I AM NOT SATISFIED WITH THE FINAL RESULTS CONCERNING MY MEDICAL AP-POINTMENT. MY MEDICAL APPOINTMENT WAS CANCELED AGAIN AND I HAVE NOT BEEN RESCHEDULED, AS OF THIS DATE, AND "NO", I DID NOT SEE A DOCTOR ON 04/02/08.

Signature: _Maillard King_ Date Submitted: _5/10/08_

Second Level ☐ Granted ☑ P. Granted ☐ Denied ☐ Other _____

G. REVIEWER'S ACTION (Complete within 10 working days): Date assigned: _04-16-08_ Due Date: _05-14-08_

☑ See Attached Letter

Signature: _Brooks SRNII_ Date Completed: _4-27-08_

Warden/Superintendent Signature: _____ Date Returned to Inmate: **MAY 1 2 2008**

H. If dissatisfied, add data or reasons for requesting a Director's Level Review, and submit by mail to the third level within 15 days of receipt of response. ALVARO C. TRAQU... M.D. Chief Medical Officer/HCM

I AM DISSATISFIED WITH THE RESPONSE BECAUSE, I HAD TO FILE A 602 TOGET THE INFORMATION REQUESTED AND TOGET AN APPOINTMENT TO SEE A DOCTOR THAT WERE LYING ABOUT SEEING ME ON SEVERAL OCCASIONS, WHEN APPOINTMENTS WERE CANCELLED, REFUSED, DELAYED, OR RE-SCHEDULED. NONE OF THESE MEDICAL PHYSICIANS HAS SEEN ME ON A REGULAR BASIS TO GIVE ANY EFFECTIVE MEDICAL DIAGNOSIS TO MY CURRENT
(see attached sheet NO.2)

Signature: _Maillard King_ Date Submitted: _5/13/08_

For the Director's Review, submit all documents to: Director of Corrections
P.O. Box 942883
Sacramento, CA 94283-0001
Attn: Chief, Inmate Appeals

DIRECTOR'S ACTION: ☐ Granted ☐ P. Granted ☐ Denied ☐ Other _____
☐ See Attached Letter

Date: _____

CDC 602 (12/87)

(ATTACHED SHEET)

PLOYEE. UPON TALKING TO THE RN'S AND THE MEDICAL STAFF THAT WORKS IN THE
PRIMARY CLINIC. SOME OF THE MEDICAL STAFF AND EMPLOYEE'S DO NOT HAVE THERE
NAME TAGS ON AND STILL ARE REFUSING TO GIVE THEIR NAMES WHEN ASKED!"WHY"?
  YOU HAVE MEDICAL STAFF AND EMPLOYEE'S INTERVENING ON DISTRIBUTION OF
MEDICATION AND REQUEST(medical slips) FOR MEDICAL ASSISTANCE. "WHY"?
  I UNDERSTAND THAT,"TRIAGE WILL SEE YOU WITHIN 72 HOURS OF YOUR REQUEST
FOR MEDICAL ASSISTANCE"! I HAVE BEEN WAITING FOR OVER (2)TWO WEEKS TO BE
SEEN BY THE MEDICAL DOCTOR,WITH NO RESULTS AS OF THIS DATE. PRIOR TO A
SPECIFIC PROBLEM WITH A MEDICAL NURSE AND YOUR SUPERVISOR'S REFUSAL TO
ADDRESS THE PROBLEM WITH THAT EMPLOYEE. "ALL" OF MY MEDICAL REQUESTS WERE
ADDRESSED WITHIN (4)FOUR DAYS. NOW,MY MEDICAL SLIPS ARE BEING REMOVED FROM
BEING ADDRESSED IMMEDIATELY OR THEY ARE DESTROYED AND "NO" MEDICAL ATTEN-
TION TO MY PROBLEM WILL BE ADDRESSED ACCORDINGLY.
  A MEDICAL DEPARTMENT CAN NOT FUNCTION ADEQUATELY AND EFFECTIVELY IF THERE
IS NO ONE SUPERVISING OR IN CHARGE OF THERE STAFF AND EMPLOYEE'S!
  WITHOUT SOMEONE SUPERVISING THIS PRIMARY CLINIC. MEDICAL TREATMENT FOR
PATIENCE THAT HAVE LIGITIMATE AND CRUCIAL MEDICAL PROBLEMS AND NEEDS FOR
URGENT MEDICAL TREATMENT, WITH ALWAYS BE INADEQUATE,INEFFECTIVE,AND DE-
TRIMENTAL TO "ALLL" PATIENCE UTILIZING THIS PRIMARY CLINIC.
  BECAUSE OF THE INEFFECTIVE AND INADEQUATE ASSISTANCE TO MEDICATION AND
MEDICAL TREATMENT. WARRANTS THE FILING OF THIS 602.
  AS OF THIS DATE, ALL OF MY APPOINTMENTS TO SEE THE PODIATRIST HAVE BEEN CANCELED AND
NOT RE-SCHEDULED.

DATED: _1/22/88_ .          SIGNATURE: _Mailliard Ki_
                                       MAILLIARD KING  K-06711

ACTION REQUESTED CONTINUE FROM 602:
  EMPLOYEE'S STOP RETALIATING,USING REPRISAL TO WITHHOLD MEDICATION AND
INTERVENING ON MEDICAL REQUEST FOR MEDICAL TREATMENT.

    ATTACHED TO THIS 602 ARE THREE MEDICAL SLIPS THAT WERE NOT ANSWERED
    OR ADDRESSED BY TRIAGE.
    DATES OF OCCURRENCES REQUESTED;

    ON 1/10/08.I REQUESTED INFORMATION ABOUT THE MEDICAL FORM FILED ON
    1/8/08."NO RESULTS"! I FILED ANOTHER MEDICAL FORM ON 1/10/08.THREE
    DAYS LATER,I CAME BACK TO THE PRIMARY CLINIC TO INQUIRE ABOUT WHY

                                                            (OTHER SIDE)

I HAVE NOT BEEN SEEN OR CALLED OVER TO SEE THE TRIAGE NURSE.ON
THE 14th OF JANUARY 2008.I INQUIRED TO C/O FREEZE ABOUT MY MEDICAL
REQUEST FORMS AND WHO IS THE SUPERVISOR IN CHARGE OF THE NURSES?
HIS REPLY WAS,"HE DID NOT KNOW"! ON THE 18th OF JANUARY,2008. I
ASKED TO SEE THE SUPERVISOR AND NO ONE KNEW OR GAVE ME AN ANSWER
TO MY QUESTION. ON THE 19th OF JANUARY,2008. i filed another med-
ICAL REQUEST FORM."STILL NO RERESPONSE OR RESULTS"! ON THE 22rd
OF JANUARY,2008. I FILED A 602 CONCERNING THE PROBLEM.ON THE 28th
OF JANUARY,2008.I WAS CALLED TO THE CLINIC TO SEE THE TRIAGE
NURSE.(SEE ATTACHED PASS).   DATED_: _2/10/09_.  SIGNATURE: _Mailliard K-_
                                                  MAILLIARD KING K-06711

| STATE OF CALIFORNIA **INMATE PASS** | | DEPARTMENT OF CORRECTIONS CDC 129 (7/88) | |
|---|---|---|---|
| **INMATE'S NAME** King | | **CDC #:** K06711 | **HOUSING #:** 12-120L |
| **ISSUED BY:** C/o Hankins | | **DATE:** 1/28/08 | **PASS FROM:** Bldg 12 |
| **PASS TO:** Tri Clinic | | **DATE:** 1/28/08 | **TIME:** 1415 |
| **REASON:** T visit | | | |
| **ARRIVAL TIME:** | | **RECORDED BY:** | |
| **DEPART TO:** | **TIME:** | **RECORDED BY:** | |

\

# E X H I B I T   C O V E R   P A G E :

**Exhibit:** _____ __ _____

**Description of this exhibit:**   (3)THREE MEDICAL HEALTH CARE SERVICES REQUEST
FORMS: No.9154326, 7463545, 7464135;

**Number of pages of this exhibit:**___3___ **pages**

**JURISDICTION:  (Check only one)**

_____**Municipal Court**

_____**Superior Court**

_____**Appellate Court**

_____**State Supreme Court**

_____**United States District Court**

_____**United States Circuit Court**

_____**United States Supreme Court**

__X__**California Department of Corrections, 602 Exhibit.**

_____**Other:**  _____ __ ___ ____ __ _____ ___ ___ ___

## PART II: TO BE COMPLETED BY THE PATIENT

*A fee of $5.00 may be charged to your trust account for each health care visit.*

*If you believe this is an urgent/emergent health care need, contact the correctional officer on duty.*

| REQUEST FOR: | MEDICAL ☐ | MENTAL HEALTH ☐ | DENTAL ☐ | MEDICATION REFILL ☐ |
|---|---|---|---|---|
| NAME | | CDC NUMBER | | HOUSING |
| PATIENT SIGNATURE | | | | DATE |

REASON YOU ARE REQUESTING HEALTH CARE SERVICES. (Describe Your Health Problem And How Long You Have Had The Problem) _____

*NOTE: IF THE PATIENT IS UNABLE TO COMPLETE THE FORM, A HEALTH CARE STAFF MEMBER SHALL COMPLETE THE FORM ON BEHALF OF THE PATIENT AND DATE AND SIGN THE FORM*

## PART III: TO BE COMPLETED AFTER PATIENT'S APPOINTMENT

☐ Visit is not exempt from $5.00 copayment. (Send pink copy to Inmate Trust Office.)

STATE OF CALIFORNIA
CDC 7362 (Rev. 03/04)

# HEALTH CARE SERVICES REQUEST FORM

DEPARTMENT OF CORRECTIONS

## PART I: TO BE COMPLETED BY THE PATIENT

*A fee of $5.00 may be charged to your trust account for each health care visit.*

**If you believe this is an urgent/emergent health care need, contact the correctional officer on duty.**

| REQUEST FOR: | MEDICAL ☐ | MENTAL HEALTH ☐ | DENTAL ☐ | MEDICATION REFILL ☐ |
|---|---|---|---|---|

| NAME | CDC NUMBER | HOUSING |
|---|---|---|

| PATIENT SIGNATURE | DATE |
|---|---|

REASON YOU ARE REQUESTING HEALTH CARE SERVICES. (Describe Your Health Problem And How Long You Have Had The Problem) _____

*NOTE: IF THE PATIENT IS UNABLE TO COMPLETE THE FORM, A HEALTH CARE STAFF MEMBER SHALL COMPLETE THE FORM ON BEHALF OF THE PATIENT AND DATE AND SIGN THE FORM*

## PART III: TO BE COMPLETED AFTER PATIENT'S APPOINTMENT

☐ Visit is not exempt from $5.00 copayment. (Send pink copy to Inmate Trust Office.)

CDC 7362 (Rev. 03/04)    Original - Unit Health Record    Yellow - Inmate (if copayment applicable)    Pink - Inmate Trust Office (if copayment applicable)    Gold - Inmate

## HEALTH CARE SERVICES REQUEST FORM

### PART I: TO BE COMPLETED BY THE PATIENT

*A fee of $5.00 may be charged to your trust account for each health care visit.*

**If you believe this is an urgent/emergent health care need, contact the correctional officer on duty.**

| REQUEST FOR: | MEDICAL ☐ | MENTAL HEALTH ☐ | DENTAL ☐ | MEDICATION REFILL ☐ |
|---|---|---|---|---|
| NAME | | CDC NUMBER | | HOUSING |

| PATIENT SIGNATURE | DATE |
|---|---|

REASON YOU ARE REQUESTING HEALTH CARE SERVICES. (Describe Your Health Problem And How Long You Have Had The Problem) _____

*NOTE: IF THE PATIENT IS UNABLE TO COMPLETE THE FORM, A HEALTH CARE STAFF MEMBER SHALL COMPLETE THE FORM ON BEHALF OF THE PATIENT AND DATE AND SIGN THE FORM*

### PART III: TO BE COMPLETED AFTER PATIENT'S APPOINTMENT

☐ Visit is not exempt from $5.00 copayment.  (Send pink copy to Inmate Trust Office.)

**CDC 7362 (Rev. 03/04)**   Original - Unit Health Record    Yellow - Inmate (if copayment applicable)    Pink - Inmate Trust Office (if copayment applicable)    Gold - Inmate

. BUILDING,TOOK MY VAILD MEDICAL INFORMATION ON INTAKE,NOR HAVE I SEEN ANY
MEDICAL DOCTOR,AS THE FALSIFIED INFORMATION INDICATED.

SOMEONE IN THE MEDICAL DEPARTMENT ARE FALSIFYING MY MEDICAL INFORMATION
AND ARE DENYING ME MEDICAL TREATMENT.

BECAUSE OF A PRIOR 602 THAT WAS FILED ON INDIVIDUAL MEDICAL STAFF.ALL OF
MY MEDICAL REQUESTS AND MEDICAL SLIPS HAVE BEEN DELAYED OR FALSIFIED.WHY,
AND BY WHOM?

I ALSO REQUESTED A COPY OF THE MEDICAL SLIPS INDICATING WHEN THEY RE-
CEIVED THE MEDICAL REQUEST SLIP,WHOM RECEIVED THE MEDICAL SLIP,WHAT
NURSE OR TRIAGE NURSE THAT SEEN ME ON THESE DAYS IN QUESTION,AND WHAT
HAPPEN ON THESE DAYS I WAS SUPPOSED TO HAVE SEEN SOMEONE? SOMEONE HAD TO
TAKE DOWN SOME INFORMATION ON THESE DAYS IN QUEST AND WHERE IS THAT IN-
FORMATION?

TO DENY THE RIGHT TO HAVE THIS INFORMATION,IS A VIOLATE AND MAKES YOU
LIABLE!

MY REQUEST FOR INFORMATION CONCERNING "WHO" THE SUPERVISING STAFF MEMBER
IS THAT IS SUPERVISING THE MEDICAL STAFF IN THE MEDICAL DEPARTMENT,STILL
HAS NOT BEEN ANSWERED! WHY?

I WILL ASK THIS QUESTION AGAIN. "IN WHAT RULE BOOK OR MEDICAL BOOK THAT
SAYS,I HAVE TO SING AND DANCE,OR KISS THE NURSE'S BUTT TO RECEIVE MEDICAL
ATTENTION OR TO SEE THE DOCTOR"!?


ACTION REQUESTED:

TO RESPOND TO ALL THE QUESTION ASKED IN THIS 602,ESPECIALLY THE QUESTIONS
ASKED ON THIS LEVEL OF APPEAL.

DATED: 1/31/08 .

SIGNATURE: _Mailliard King_
MAILLIARD KING K-06711

**State of California**
**CDC FORM 695**
**Screening For:**
CDC 602 Inmate/Parolee Appeals
CDC 1824 Reasonable Modification or Accommodation Request

RE: Screening at the FIRST Level

*February 6, 2008*

**KING, K06711**
*S212T1000000120L*

Log Number: CSP-S-
(Note: Log numbers are not assigned to screen out appeals, or informal level appeals)

The enclosed documents are being returned to you for the following reasons:

*Your appeal is incomplete. You must include supporting documentation. All documents must be legible. (If necessary, you may obtain copy(ies) of requested documents by sending your request with a signed trust withdrawal form to your assigned counselor.) Your appeal is missing:*

*Provide date(s) of occurrence in Section A.*

THE INFORMATION REQUESTED WAS PLACED ON THE ATTACHED SHEET TO
SECTION A. ALL THE DATES AND DOCUMENTS REQUESTED.

Appeals Coordinator
CSP-Solano

RESUBMITTED ON 2/10/08

SIGNATURE:

**NOTE:** Failure to follow instruction(s) will be viewed as non-cooperation and your appeal will be automatically dismissed pursuant to CCR 3084.4(d). This screening decision may not be appealed. If you believe this screen out is in error, please return this form to the Appeals Coordinator with an explanation of why you believe it to be in error, and supporting documents. You have only 15 days to comply with the above directives.

**PERMANENT APPEAL ATTACHMENT – DO NOT REMOVE**

State of California

Department of Corrections and Rehabilitation

# Memorandum

Date   : May 6, 2008

To     : **INMATE KING**    _12 -120 L_
         **CDC# K06711**

Subject: **SECOND LEVEL APPEAL RESPONSE- LOG# CSP-S-08-00558**

## ISSUE

In your first level appeal you stated that you have attempted on several occasions to complain to a medical supervisor about your cancelled appointments and you claim you can never find someone in charge. You also stated that many employees within the Medical Department do not wear name tags and have refused to tell you their names. You stated that you have waited over 2-weeks to see a doctor and your podiatry appointments were cancelled and have not been rescheduled.

Although an inquiry revealed you had a doctor's appointment scheduled for April 2, 2008, you continue to be dissatisfied. You state that your appointment on April 2, 2008, was cancelled and you have not been rescheduled to see a doctor.

You are requesting to know who the supervisors are in the Medical Department and you want staff to wear their name tags. You want someone to take charge of receiving and logging all Health Care Requests (Form 7362's) so you can be scheduled to see a doctor. You want staff to stop retaliating against you by allegedly withholding your medications and intervening on your medical treatment.

## REGULATIONS:

The rules governing this issue are:

**CCR 3354. Health Care Responsibilities and Limitations.**
        (a) Authorized Staff. Only facility-employed health care staff, contractors paid to perform health services for the facility, or persons employed as health care consultants shall be permitted, within the scope of their licensure, to diagnose illness or, prescribe medication and health care treatment for inmates. No other personnel or inmates may do so.
        (b) Inmate Workers. Only trained or certified inmates shall operate health care equipment. Inmates shall not be permitted to:
        (1) Schedule appointments.
        (2) Determine another inmate's access to health care services.
        (3) Obtain blood samples.
        (4) Administer blood.
        (5) Introduce or discontinue intravenous infusions.

Second Level Appeal # CSP-S-08-00558
Page 2

(6) Have access to surgical instruments, syringes, needles, medications, or health records except as otherwise specified in these regulations.

(7) Perform any task identified as a health care responsibility.

(c) Private Consultants. Health care personnel not employed by the department are not authorized to order treatment for an inmate. Such persons may offer opinions and recommendations for consideration by department health care staff as follows: An inmate or an inmate's responsible guardian or relative, or an attorney or other interested person wanting the inmate examined by a private physician, shall submit a written request to the institution head. The institution head shall, after consulting with the facility's chief medical officer grant the request unless convinced that specific case factors warrant denial. The fact of and reasons for such denial, and notice of the right to appeal the decision in writing to the director, shall be documented and given to the inmate or the person requesting the outside health care service. Costs of such private consultations or examinations shall be paid by the inmate or the person requesting the service.

(d) Emergency Health Care Attention. If an inmate is away from a facility for authorized reasons, such as assignment to a camp or transportation between institutions, becomes seriously ill or injured, emergency health care attention by available resources shall be obtained by the official in charge. Community physicians and hospitals shall be used if the inmate's condition does not permit prompt return to a department medical facility.

(e) Medical Sick Call. Each department facility confining inmates shall schedule times and locations for providing routine medical attention to general population inmates. A medical doctor, registered nurse, or medical technical assistant shall make daily visits to each nongeneral population housing unit to provide medical attention to inmates unable to use the sick call services provided for general population inmates. Staff conducting sick call shall screen medical problems appearing to require further medical attention and shall evaluate requests for appointments with other medical staff. A facility physician shall personally visit each specialized housing unit at least once each week.

## FINDINGS

On April 2, 2008, you were interviewed by Ms. Saiki, Registered Nurse and Ms. Navarez, Supervising Registered Nurse II (A) during the first level of appeal review. At that time, you were provided with an opportunity to fully explain your appeal issues. Additionally, another inquiry of your appeal was conducted, which included a review of your Unit Health Record (UHR), applicable sections of California Code of Regulations (CCR) Title 15, and the Departmental Operations Manual (DOM).

Results of this inquiry revealed that during your interview with Ms. Saiki and Ms. Navarez you were informed who the nursing current nursing supervisor was and the name of the nursing shift lead. You were also advised that all nursing staff are required to wear name tags while on duty.

Records indicate that you were triaged by a licensed registered nurse on January 28, 2008, due to your complaints of low back pain and you were placed on a schedule to see a doctor on February 21, 2008. On January 10, 2008, you submitted a Health Care Services Request (Form 7362) to have your prescription for Boost renewed and to be scheduled to see a doctor. Your order for Boost was renewed on January 30, 2008, and on February 13, 2008, you met with Dr. Noriega and additional medications were ordered. You were also evaluated by Dr. Hsieh on May 1, 2008, and your medical concerns were addressed.

Second Level Appeal # CSP-S-08-00558
Page 3

Our Medical Department has been experiencing a backlog of appointments, however; we are making every effort to comply with Plata in that registered nurses review all sick call slips each day to determine urgent or emergency problems. Additionally, patients requesting appointments are to be interviewed within 24-hours from the date a request if received. There is specific staff assigned to perform these duties.

**DETERMINATION:** Based on the foregoing, your appeal is **partially granted** in that you were informed who the nursing supervisors were and it is my expectation that all clinical staff were name tags while on duty. There are also staff assigned to receive and log all Health Care Requests (Form 7362's), and you have been evaluated by Dr. Noriega and Dr. Hsieh since the filing of your appeal. It is against departmental policy to retaliate against an inmate for any reason. Your allegations that you are being retaliated against is unfounded.

The appellant is advised that this issue may be submitted for a Director's Level of Review if desired.

ALVARO C. TRAQUINA, M.D.
Chief Medical Officer
Health Care Services
CSP-Solano


ACT:mvh

ON GOING,MEDICAL PROBLEM,OF ME LOSING WEIGHT OR WHAT THE PROBLEM IS.
BUT,THEY SURE ARE CONCERN WITH THE TAKING ME OFF SOMETHING THAT IS HELP-
ING ME MAINTAIN MY WEIGHT AND POSSIBLY,HELP ME GAIN MY WEIGHT BACK.(BOOST)!
INSTEAD,DOCTOR NORIEGA WOULD RATHER KEEP ME ON SOMETHING THAT DON'T WORK,
THEN TO PUT ME ON SOMETHING THAT DO WORK,TO SAVE MONEY. AS OF TODAY'S DATE,
I CAN NOT RECEIVE ANY MORE BOOST UNLESS DOCTOR NORIEGA APPROVES IT! NOW,
BECAUSE OF MY CONSTANT FILING OF 602's AGAINST THE MEDICAL STAFF AND EM-
PLOYEE'S. THE THINGS I NEED TO BETTER MY HEALTH ARE BEING DENIED AND RE-
FUSED IN RETALIATION AND RETRIBUTION. "ALL" MEDICAL APPOINTMENTS ARE DE-
LAYED,DENIED,RE-SCHEDULED,OR LIED ABOUT ON MEDICAL RECORDS. IF,I NEED ANY
MEDICAL TREATMENT. I HAVE TO FILE A 602 TO RECEIVE MEDICAL ATTENTION.

BECAUSE OF THE ACTIONS OF THIS MEDICAL DEPARTMENT TO RESPOND TO MEDICAL
TREATMENT AND TO PORPERLY TREATMENT ME ON MY MEDICAL NEEDS.WARRANTS THE
FILING OF THIS 602 TO THE NEXT LEVEL.

DATED: 0/13/08 .           SIGNATURE: _____
                                       MAILLIARD KING  K-06711



UNITED STATES POSTAL SERVICE
PITNEY BOWES
$ 01.68⁰
02 1A
0004632981          JUN 11 2008
MAILED FROM ZIP CODE 95687

CSP SOLANO
STATE PRISON

THE CALIFORNIA PRISON
HEALTH CARE RECEIVERSHIP
FEDERAL DISTRICT COURTHOUSE
LAW LIBRARY,18th FLOOR
450 GOLDEN GATE AVE.
SAN FRANCISCO,CALIFORNIA.
                    94102

RECEIVED

08 JUN 12 PM 2:09

RICHARD W. WIEKING
CLERK,U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

MAILLIARD KING  K-06711
CSP-SOLANO  12-120L
P.O.BOX 4000
VACAVILLE,CALIFORNIA.95696-4000

LEGAL MAIL