**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**

_____

www.cand.uscourts.gov

Richard W. Wieking                                                                General Court Number
Clerk                                                                                        415.522.2000

**June 19, 2008**

**CASE NUMBER:  CV 08-02960 WHA**
**CASE TITLE:  MILLIARD KING-v-SOLANO STATE PRISON**

REASSIGNMENT ORDER

GOOD CAUSE APPEARING THEREFOR,

IT IS ORDERED that this case is reassigned to the **San Francisco** division.

**Honorable Thelton E. Henderson** for all further proceedings.

Counsel are instructed that all future filings shall bear the initials **TEH** immediately

after the case number.

ALL MATTERS PRESENTLY SCHEDULED FOR HEARING ARE VACATED AND
SHOULD BE RENOTICED FOR HEARING BEFORE THE JUDGE TO WHOM THE CASE
HAS BEEN REASSIGNED.

Date: 6/19/08

FOR THE EXECUTIVE COMMITTEE:

_____
                                                        Clerk

NEW CASE FILE CLERK:

Copies to: Courtroom Deputies                          Special Projects
Log Book Noted                                              Entered in Computer 6/19/08ha

CASE SYSTEMS ADMINISTRATOR:
Copies to:  All Counsel                                     Transferor CSA