E-filing

1  MAILLIARD KING   K-06711
   CSP-SOLANO   12-120L
2  P.O.BOX 4000                           Case Number: CV-08-2960(TEH)(PR)
3  VACAVILLE,CALIFORNIA.95696 4000

4

5

6

7

8              **CERTIFICATE OF FUNDS**

9                         **IN**

10                **PRISONER'S ACCOUNT**

11

12      I certify that attached hereto is a true and correct copy of the prisoner's trust account

13  statement showing transactions of __MAILLIARD KING K-06711__ for the last six months
                                           [prisoner name]
14  __CSP-SOLANO, P.O.BOx 4000,_____ where (s)he is confined.
    VACAVILLE [name of institution] CALIFORNIA.95696-4000
15      I further certify that the average deposits each month to this prisoner's account for the

16  most recent 6-month period were $ __0.00__ and the average balance in the prisoner's

17  account each month for the most recent 6-month period was $ __0.00__ .

18

19  Dated: 7/1/08                          __Barbara Patton__
                                           [Authorized officer of the institution]
20

21

22

23

24

25

26

27

28

- 5 -

```
REPORT ID: TS3030  .701                                                                    REPORT DATE: 07/01/08
                                                                                           PAGE NO:         1

                            CALIFORNIA DEPARTMENT OF CORRECTIONS
                               CALIFORNIA STATE PRISON SOLANO
                              INMATE TRUST ACCOUNTING SYSTEM
                              INMATE TRUST ACCOUNT STATEMENT

                         FOR THE PERIOD: JAN. 01, 2008 THRU JUL. 01, 2008

ACCOUNT NUMBER  : K06711                          BED/CELL NUMBER: S212T100000120L
ACCOUNT NAME    : KING, MAILLAIRD                 ACCOUNT TYPE: I
PRIVILEGE GROUP : A

                              TRUST ACCOUNT ACTIVITY

<< NO ACCOUNT ACTIVITY FOR THIS PERIOD >>

                           CURRENT HOLDS IN EFFECT

DATE       HOLD
PLACED     CODE    DESCRIPTION         COMMENT          HOLD AMOUNT
------     ----    -----------         -------          -----------
02/15/2005 H107    POSTAGE HOLD        1829-POST              0.60
03/15/2005 H107    POSTAGE HOLD        1829-POST              0.60
03/03/2008 H110    COPIES HOLD         4466-M/CPY             7.00
06/05/2008 H118    LEGAL COPIES HOLD   4521-L/CPY             0.80
06/05/2008 H118    LEGAL COPIES HOLD   4521-L/CPY             0.10
06/05/2008 H118    LEGAL COPIES HOLD   4521-L/CPY             0.50
06/05/2008 H118    LEGAL COPIES HOLD   4521-L/CPY             4.70
06/05/2008 H118    LEGAL COPIES HOLD   4521-L/CPY             3.00
06/06/2008 H109    LEGAL POSTAGE HOLD  4544-LEGAL             0.42
06/06/2008 H118    LEGAL COPIES HOLD   4730-L/CPY             5.00
06/18/2008 H118    LEGAL COPIES HOLD   4730-L/CPY             1.80
06/18/2008 H118    LEGAL COPIES HOLD   4769-L/CPY             8.30
06/20/2008 H118    LEGAL COPIES HOLD   4769-L/CPY             1.60

                              TRUST ACCOUNT SUMMARY

BEGINNING     TOTAL       TOTAL        CURRENT    HOLDS      TRANSACTIONS
BALANCE       DEPOSITS    WITHDRAWALS  BALANCE    BALANCE    TO BE POSTED
---------     --------    -----------  -------    -------    ------------
 0.00          0.00        0.00          0.00      34.42          0.00

                                              CURRENT
                                              AVAILABLE
                                              BALANCE
                                              --------
                                                34.42-
```

ATTEST:
COPY OF THE TRUST ACCOUNT MAINTAINED
BY THIS OFFICE.
CALIFORNIA DEPARTMENT OF CORRECTIONS
by Barbara Patton
TRUST OFFICE

**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA**

Dear Sir or Madam:     E-filing

Your complaint has been filed as civil case number CV 08 2960.

*ORIGINAL FILED JUN 13 2008 RICHARD W. WIEKING CLERK, U.S. DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA*

A filing fee of $350.00 is now due. If you are unable to pay the entire filing fee at this time, you must sign and complete this court's Prisoner's In Forma Pauperis Application in its entirety. If the application is granted, you will not have to prepay the fee, but it will be taken out of income to your prisoner account in installments.

Your complaint is deficient because you did not pay the filing fee and:

1. ✓ you did not file an In Forma Pauperis Application.

2. ___ the In Forma Pauperis Application you submitted is insufficient because:

   ___ You did not use the correct form. You must submit this court's current Prisoner's In Forma Pauperis Application.

   ___ Your In Forma Pauperis Application was not completed in its entirety.

   ___ You did not sign your In Forma Pauperis Application.

   ___ You did not submit a Certificate of Funds in Prisoner's Account completed and signed by an authorized officer at the prison.

   ___ You did not attach a copy of your prisoner trust account statement showing transactions for the last six months.

   ___ Other _____

Enclosed you will find this court's current Prisoner's In Forma Pauperis Application, which includes a Certificate of Funds in Prisoner's Account form, and a return envelope for your convenience.

**Warning: YOU MUST RESPOND TO THIS NOTICE. If you do not respond within THIRTY DAYS from the filing date stamped above, your action will be DISMISSED, the file closed and the entire filing fee will become due immediately. Filing a Prisoner's In Forma Pauperis Application will allow the court to determine whether installment payment of the filing fee should be allowed.**

Sincerely,
RICHARD W. WIEKING, Clerk,

By_____
Deputy Clerk

rev. 11/07

KING

Mallmand Kent KGG711
CSP Solano 12-125L
P O Box 4000
Vacaville Calif. 95696-4000

BUSINESS REPLY MAIL
FIRST-CLASS MAIL   PERMIT NO. 12615   WASHINGTON DC

POSTAGE WILL BE PAID BY UNITED STATES COURTS

US DISTRICT COURT
450 GOLDEN GATE AVE
PO BOX 36060
SAN FRANCISCO CA 94102-9680

NO POSTAGE
NECESSARY
IF MAILED
IN THE
UNITED STATES