Mr. Mailliard Lucien King CDC#K-06711
CSP Solano B-12-120-Low
Post Office Box 4000
Vacaville,California.95696-4000
(In Propia Persona)

1  MAILLIARD KING  K-06711        Case No. CV 08 2960 TEH(PR)
   CSP-SOLANO  12-120L
2  P.O.BOX 4000
   VACAVILLE,CALIFORNIA.95696-4000
3        In Pro Per.

4

5      CALIFORNIA PRISON HEALTH CARE RECEIVERSHIP
6           FEDERAL DISTRICT COURT HOUSE
             LAW LIBRARY-18th FLOOR
7              450 GOLDEN GATE AVE
           SAN FRANCISCO,CALIFORNIA.94102
8                                        July 20,2008.

9  Dear Judge,

10   Since the filing of my letter to your office. I have not re-

11 ceived any medical care or assistance here at CSP-Solano. It

12 seems that writing your office has created a problem with me

13 receiving medical care. Most of my medical has been cut-off

14 and these are medications that I need to take for the illness

15 and medical problems diagnosed on medical records and was be-

16 ing treated for here at CSP-Solano,until my letter to your

17 ofice. Attached to this letter is a 602 I filed against the

18 medical Department here at this Institution and against the

19 medical staff and employee's whom are aiding and abetting this

20 Correctional Officers actions to stop me from seeing a Doctor

21 for medical assistance and care.(see Ex.A).

22   The actions of the medical department by staff and employee's

23 are deliberate and intentional and is  and has been reported

24 on several 602's from me and addressed by several physicians

25 with no results. These continuing acts of negligence and

26 incompetency has a way of having a long term effect on my

27 health and well-being. Because of the actions that are now

28

                        [    ]                        1 of 2

Mr. Mailliard Lucien King CDC#K-06711
CSP Solano B-12-120-Low
Post Office Box 4000
Vacaville,California.95696-4000

(In Propia Persona)

1   being directed at me by this Administration and the current

2   other civil suites that are now pending against this Institu-

3   tion. This letter to your office is valid and necessary to

4   inform your office of the present situation.

5

6   I declare under penalty of prejury that the foregoing is

7   true and correct.

8   This declaration was executed on July 20,2008.at CSP-Solano,

9   Vacaville,California.95696-4000.

10

11

12   Declarant/Petitioner
     Mailliard king K-06711

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

[  ]

# EXHIBIT COVER PAGE:

Exhibit: _____ A _____

Description of this exhibit: 602 AGAINST THE MEDICAL DEPARTMENT
AND C/O ORROCK

Number of pages of this exhibit: __6__ pages

JURISDICTION: (Check only one)

_____ Municipal Court

_____ Superior Court

_____ Appellate Court

_____ State Supreme Court

_X_ United States District Court

_____ United States Circuit Court

_____ United States Supreme Court

_____ California Department of Corrections, 602 Exhibit.

_____ Other: _____

**INMATE/PAROLEE**
**APPEAL FORM**
CDC 602 (12/87)

| Location: | Institution/Parole Region | Log No. | Category |
|---|---|---|---|
| 1. _____ | 1. _____ | |
| 2. _____ | 2. _____ | |

You may appeal any policy, action or decision which has a significant adverse affect upon you. With the exception of Serious CDC 115s, classification committee actions, and classification and staff representative decisions, you must first informally seek relief through discussion with the appropriate staff member, who will sign your form and state what action was taken. If you are not then satisfied, you may send your appeal with all the supporting documents and not more than one additional page of comments to the Appeals Coordinator within 15 days of the action taken. No reprisals will be taken for using the appeals procedure responsibly.

| NAME | NUMBER | ASSIGNMENT | UNIT/ROOM NUMBER |
|---|---|---|---|
| KING | K-06711 | P M PORTER | 12-120L |

A. Describe Problem: THE MEDICAL DEPARTMENT NEGLIGENCE, INCOMPETENCE,, AND CONDONING ABUSE OF AUTHORITY BY A CORRECTIONAL OFFICER, DEMONSTRATES ACTIONS OF MALPRACTICE) ON JULY 7, AND ON JULY 9,2008. C/O ORROCK REFUSED ME ACCESS TO THE MEDICAL DEPARTMENT FOR AN APPOINTMENT. THE MEDICAL DEPARTMENT CALLED 12 BUILDING TO INFORM THE BUILDING CONTROL BOOTH OFFICER THAT, "I HAVE A MEDICAL APPOINMENT TO SEE THE DOCTOR. ON BOTH OF THESE DAYS. THE CALLED WAS MAKED AFTER COUNT AND DOING CHOW RELEASE. UPON ARRIVING AT THE MEDICAL DEPARTMENT. C/O ORROCK STARTED TO THIRD DEGREE ME ON WHY I WAS

If you need more space, attach one additional sheet.                    (SEE ATTACHED SHEET)

B. Action Requested: TO STOP ALLOWING CORRECTIONAL OFFICERS AND OTHER THE POWER AND AUTHORITY TO DICTATE MEDICAL ISSUES THAT THEY ARE NOT QUALIFIED TO DO. TO VERIFY WHY AN INMATE HAS NOT SHOWN-UP FOR HIS MEDICAL APPOINTMENT. TO STOP MAKING IT EASY FOR A MEDICAL APPOINTMENT TO BE CANCELLED AND NOT RESCHEDULED.

(continue on attached sheet)

Inmate/Parolee Signature: _____    Date Submitted: 7/10/08

7/18/08

C. INFORMAL LEVEL (Date Received: _____ )

Staff Response: _____

_____

_____

_____

Staff Signature: _____    Date Returned to Inmate: _____

**D. FORMAL LEVEL**
If you are dissatisfied, explain below, attach supporting documents (Completed CDC 115, Investigator's Report, Classification chrono, CDC 128, etc.) and submit to the Institution/Parole Region Appeals Coordinator for processing within 15 days of receipt of response.

_____

_____

_____

_____

Signature: _____    Date Submitted: _____

Note: Property/Funds appeals must be accompanied by a completed    CDC Appeal Number:
Board of Control form BC-1E, Inmate Claim

First Level    ☐ Granted    ☐ P. Granted    ☐ Denied    ☐ Other _____

E. REVIEWER'S ACTION (Complete within 15 working days): Date assigned: _____ Due Date: _____

Interviewed by: _____

_____

_____

_____

_____

_____

_____

_____

Staff Signature: _____ Title: _____ Date Completed: _____

Division Head Approved:      Returned

Signature: _____ Title: _____ Date to Inmate: _____

F. If dissatisfied, explain reasons for requesting a Second-Level Review, and submit to Institution or Parole Region Appeals Coordinator within 15 days of receipt of response.

_____

_____

_____

_____

Signature: _____ Date Submitted: _____

Second Level    ☐ Granted    ☐ P. Granted    ☐ Denied    ☐ Other _____

G. REVIEWER'S ACTION (Complete within 10 working days): Date assigned: _____ Due Date: _____

☐ See Attached Letter

Signature: _____ Date Completed: _____

Warden/Superintendent Signature: _____ Date Returned to Inmate: _____

H. If dissatisfied, add data or reasons for requesting a Director's Level Review, and submit by mail to the third level within 15 days of receipt of response.

_____

_____

_____

_____

_____

Signature: _____ Date Submitted: _____

For the Director's Review, submit all documents to: Director of Corrections
     P.O. Box 942883
     Sacramento, CA 94283-0001
     Attn: Chief, Inmate Appeals

DIRECTOR'S ACTION:   ☐ Granted    ☐ P. Granted    ☐ Denied    ☐ Other _____

☐ See Attached Letter

Date: _____

CDC 602 (12/87)

AT THE MEDICAL DEPARTMENT. C/O ORROCK WANTED TO KNOW,"WHY WAS I THERE"?
"WHO CALLED ME"? WHAT DID I NEED TO SEE THE DOCTOR FOR"? "HAVE I BEEN
TO THE MEDICAL DEPARTMENT BEFORE"? THESE QUESTIONS ARE NOT HIS BUSINESS
AND HE IS NOT A MEDICAL DOCTOR OR NURSE. BECAUSE I REFUSED TO ANSWER
THESE QUESTIONS AND TOLD HIM THAT,"MY MEDICAL PROBLEMS ARE NOT HIS BUSI-
NESS"! C/O ORROCK KEPT ME OUTSIDE THE GATE AND WENT IN THE MEDICAL
DEPARTMENT AND CAME BACK AND SAID,"YOUR APPOINTMENT HAS BEEN CANCELLED"!
 THIS WAS THE FIRST TIME TIME ON JULY 7,2008. THE SECOND TIME ON JULY
9,2008. C/O ORROCK TOLD ME IF,"I DO NOT CHANGE OR CHECK MY ATTITUDE,I
WILL NOT BE GETTING IN SIDE MEDICAL FOR ANY APPOINTMENT AS LONG AS HE
WAS WORKING THE GATE"! I WENT BACK TO MY BUILDING AND NO ONE CALLED
ME AGAIN FOR MY APPOINTMENT.
 PROBLEM:
WHY DIDN'T THE MEDICAL DEPARTMENT OR THE DOCTOR CALL TO SEE WHY I DID
NOT SHOW-UP FOR MY APPOINTMENT?
THE DOCTOR AND NURSE MADE THE CALL TO MY BUILDING,BUT DID NOT INQUIRE
WHY I DID NOT SHOW-UP?
WHAT DID C/O ORROCK TELL THE MEDICAL DEPARTMENT ABOUT WHY I DID NOT
MAKE THE MEDICAL APPOINTMENT?
WHY DID THE MEDICAL DEPARTMENT EXCEPT THE EXPLANATION FROM A CORRECTIONAL
OFFICER ON WHY I DID NOT MAKE MY MEDICAL APPOINTMENT?
WHY DIDN'T THE MEDICAL DEPARTMENT CALL THE BUILDING TO SEE WHY I DID NOT
SHOW-UP?
ISSUES:
NEGLIGENCE: THE MEDICAL DEPARTMENT SHOULD TOLD C/O ORROCK THAT,"HE DOES
NOT HAVE THE AUTHORITY TO REFUSE A MEDICAL APPOINTMENT"!
INCOMPETENCE: TO ALLOW A CORRECTIONAL OFFICER THE RIGHT TO CANCEL MY
MEDICAL APPOINTMENT.
ABUSE OF AUTHORITY: C/O ORROCK HAS NO RIGHT OR AUTHORITY TO INTERVENE ON
MY MEDICAL APPIONTMENT.
                                                    (OVER)

C/O ORROCK ACTIONS WERE ALLOWED BECAUSE THE MEDICAL DEPARTMENT EXCEPTED THE EXPLANATION FROM A CORRECTIONAL OFFICER WITHOUT CHECKING OR VERIFYING IF THE REFUSAL OR ME NOT SHOWING-UP WAS IN FACTED MY POSITION? MALPRACTICE: TO ALLOW A CORRECTIONAL OFFICER THE POWER AND AUTHORITY TO INTERVENE ON MEDICAL ISSUES OF HEALTH AND SAFETY,LIFE AND DEATH SITUATIONS. IS LUDICROUS AND PLACES THE MEDICAL DEPARTMENT IN A PRECARIOUS POSITION.

SOMEONE REALLY NEEDS TO INFORM C/O ORROCK THAT,"HE IS NOT A DOCTOR,A REG-ITER NURSE,NOR IS HE APART OF THE MEDICAL DEPARTMENT AS A MEDICAL PHYSI-CIAN,BUT ONLY A CORRECTIONAL OFFICER"!

BECAUSE OF THE ACTIONS OF THIS CORRECTIONAL OFFICER AND THE POWER AND AUTHORITY THE MEDICAL DEPARTMENT HAS GIVEN THIS INDIVIDUAL AND OTHER CORRECTIONAL OFFICERS AND STAFF THAT ARE NOT MEDICAL PHYSICIAN. WARRANTS THE FILING OF THIS 602. AS OF THIS DATE(7/18/08)(5)FIVE MEDICAL APPOINT-MENTS HAVE BEEN MISSED BECAUSE OF HIS INTERFERENCE.

DATED: 7/10/08.
7/18/08

SIGNATURE: _Maillard King_
MAILLIARD KING   K-06711


ACTION REQUESTED CONTINUED:

TO REPRIMAND THE DOCTOR AND NURSE'S FOR ALLOWING THIS CORRECTIONAL OFFICER THE RIGHT TO REFUSE ME MEDICAL ATTENTION.

TO INVESTIGATE AND FIND OUT WHY THIS WAS ALLOWED AND FOR WHAT REASON?

TO FIND OUT WHO THE NURSE'S WERE AND HAVE THEM RETRAINED IN DOING AND FOL-LOWING PROTOCOL WHEN DEAL WILL PATIENCES AND WHO IS RESPONSIBLE FOR THAT PATIENCE,ETC.....

TO BE INFORMED AS TO WHO THE DOCTORS AND NURSES WERE THAT WERE WORKING ON THE THIRD WATCH SHIFT ON THIS DAY,AT THIS TIME,AND RECEIVED THE INFORMATION FROM C/O ORROCK CONCERNING THE REASONS WHY I WAS NOT SEEN ON THESE DAYS,TIME, AND WHAT REASON THAT WAS PUT ON PAPER CONCERNING ME NOT BEING SEEN!?

# §832.5 CITIZENS' COMPLAINTS AGAINST PERSONNEL; INVESTIGATION; DESCRIPTION OF PROCEDURE; RETENTION OF RECORDS.

(a) Each department or agency in this state which employs peace officers shall establish a procedure to investigate citizens' complaints against the personnel of such departments or agencies and shall make a written description of the procedure available to the public.

(b) Complaints and any reports or findings relating thereto shall be retained for a period of at least five (5) years. *(Added by Stats. 1974, c. 29 §1. Amended by Stats. 1978, c. 630 §4.)* (All references to California Penal Code 1994.)

## PERSONNEL COMPLAINT:

Complainant __MAILLIARD KING  K-06711__

Address ___CSP-SOLANO,12-120L,P.O.BOX 4000,VACAVILLE,__
___CALIFORNIA.95696-4000__

City _see above_ _____ State _"  "_ Zip _"  "_

Residence phone ( )

Business phone ( )

Date and time of incident _JULY 7,9,2008   7;00(1900 HRS)_

Location of incident _MEDICAL DEPARTMENT(PRIMARY CLINIC)_
___CSP-SOLANO,VACAVILLE,CALIFORNIA.__

**Check only one:**

1. ☐ Police Department
2. ☐ California Highway Patrol
3. ☐ U.S. Marshall
4. ☐ Sheriff's Department
5. ☐ Medical Staff
6. ☐ District Attorney
7. ☐ County Grand Jury
8. ☐ Internal Affairs
9. ☒ Department of Corrections
10. ☐ Bar Association

Personnel involved __C/O ORROCK AND THE MEDICAL DEPARTMENT__

Names and addresses of witnesses _____ NONE

Statement of complaint _____ ABUSE OF AUTHORITY,JEOPARDIZING MY HEALTH,SAFETY AND
__SECURITY HERE AT CSP-SOLANO,REFUSING ME MEDICAL TREATMENT,INPERSONATING A__
__MEDICAL PHYSICIAN,ETC....__          (SEE ATTACHED CDC 602 C/O ORROCK AND
__THE MEDICAL DEPARTMENT).__

____AS OF THIS DATE(7/18/08) I HAVE MISSED (5)FIVE MEDICAL APPOINTMENTS____
____BECAUSE OF THIS CORRECTIONAL OFFICERS INTERFERENCES AND ABUSE OF____
____AUTHORITY.____

(CRA 02419/ 1-92 (832.5 CAP])          - Side A -

5832.5 Citizens' Complaint, continued:

ou may use additional sheets of 8-1/2" x 11" white paper if necessary to document your claim with further tatements. **ATTACH ALL NECESSARY DOCUMENTATION TO YOUR CLAIM.**

the undersigned, do declare under the penalty of perjury under the laws of the State of California that the regoing statements in the foregoing complaint are true and correct and as to such facts averred upom information nd belief that I am so informed and believe the same to be true. I AM ALSO AWARE THAT IT IS AGAINST THE AW TO MAKE A COMPLAINT THAT I KNOW NOT TO BE TRUE AND CORRECT.

_____
Signature

7/10/08
Date

# INMATE/PAROLEE
# APPEAL FORM
CDC 602 (12/87)

| Location: | Institution/Parole Region | Log No. | Category |
|---|---|---|---|
| 1. | _____ | 1. _____ | _____ |
| 2. | _____ | 2. _____ | |

You may appeal any policy, action or decision which has a significant adverse affect upon you. With the exception of Serious CDC 115s, classification committee actions, and classification and staff representative decisions, you must first informally seek relief through discussion with the appropriate staff member, who will sign your form and state what action was taken. If you are not then satisfied, you may send your appeal with all the supporting documents and not more than one additional page of comments to the Appeals Coordinator within 15 days of the action taken. No reprisals will be taken for using the appeals procedure responsibly.

| NAME KING | NUMBER K-06711 | ASSIGNMENT P M PORTER | UNIT/ROOM NUMBER 12-120L |
|---|---|---|---|

A. **Describe Problem:** (ABUSE OF AUTHORITY AND JEOPARDIZING MY HEALTH AND SAFETY,DE-
LIBERATELY AND INTENTIONALLY,WITH MALICE AND FORETHOUGHT) ON JULY 7,AND
JULY 8,2008. C/O ORROCK REFUSED ME MEDICAL ATTENTION DELIBERATELY AND
INTENTIONALLY,WITHOUT WITHOUT CONSIDERING THE SERIOUS NATURE OF MY MEDICAL
PROBLEM. C/O ORROCK WENT OUT OF HIS WAY TO AGGRAVATE AND INTIMIDATE ME
ABOUT MY MEDICAL APPOINTMENT,AND ASKING ME THINGS THAT ARE NOT HIS BUSINESS
OR CONCERN. C/O ORROCK IS NOT A MEDICAL DOCTOR,NURSE,OR A PHYSICIAN. C/O
ORROCK IS ONLY A CORRECTIONAL OFFICER IN CHARGE OF OPENING THE GATE TO THE

If you need more space, attach one additional sheet.                    (SEE ATTACHED SHEET)

B. **Action Requested:** TO REPRIMAND C/O ORROCK FOR INTERFERRING ON MY ACCESS TO THE MED-
ICAL DEPARTMENT. TOINFORM C/O ORRCOK THAT HE IS NOT A MEDICAL DOCTOR,NURSE,
OR APART OF THE MEDICAL STAFF OR A PHYSICIAN. C/O ORROCK NEEDS TO BE INFORMED
AND RETRAINED AS TO WHAT HIS JOB DESCRIPTION IS.A CORRECTIONAL OFFICER,ONLY!
                                                         (CONTINUE ON ATTACHED SHEET)
Inmate/Parolee Signature: _Mulland Kg_                    Date Submitted: 7/10/08
                                                                          7/18/08

C. INFORMAL LEVEL (Date Received: _____ )

Staff Response: _____

_____

_____

_____

_____

Staff Signature: _____    Date Returned to Inmate: _____

D. FORMAL LEVEL
If you are dissatisfied, explain below, attach supporting documents (Completed CDC 115, Investigator's Report, Classification chrono, CDC 128, etc.) and submit to the Institution/Parole Region Appeals Coordinator for processing within 15 days of receipt of response.

_____

_____

_____

_____

Signature: _____    Date Submitted: _____

Note: Property/Funds appeals must be accompanied by a completed
Board of Control form BC-1E, Inmate Claim

CDC Appeal Number:

_____

First Level ☐ Granted ☐ P. Granted ☐ Denied ☐ Other ______

E. REVIEWER'S ACTION (Complete within 15 working days): Date assigned: ______ Due Date: ______

Interviewed by: ______

Staff Signature: ______ Title: ______ Date Completed: ______

Division Head Approved: Returned

Signature: ______ Title: ______ Date to Inmate: ______

F. If dissatisfied, explain reasons for requesting a Second-Level Review, and submit to Institution or Parole Region Appeals Coordinator within 15 days of receipt of response.

Signature: ______ Date Submitted: ______

Second Level ☐ Granted ☐ P. Granted ☐ Denied ☐ Other ______

G. REVIEWER'S ACTION (Complete within 10 working days): Date assigned: ______ Due Date: ______

☐ See Attached Letter

Signature: ______ Date Completed: ______

Warden/Superintendent Signature: ______ Date Returned to Inmate: ______

H. If dissatisfied, add data or reasons for requesting a Director's Level Review, and submit by mail to the third level within 15 days of receipt of response.

Signature: ______ Date Submitted: ______

For the Director's Review, submit all documents to: Director of Corrections
P.O. Box 942883
Sacramento, CA 94283-0001
Attn: Chief, Inmate Appeals

DIRECTOR'S ACTION: ☐ Granted ☐ P. Granted ☐ Denied ☐ Other ______

☐ See Attached Letter

Date: ______

CDC 602 (12/87)

MEDICAL DEPARTMENT AND NOT A MEDICAL PHYSICIAN. UPON ARRIVING AT THE GATE
TO THE MEDICAL DEPARTMENT,AFTER I WAS TOLD BY THE BUILDING OFFICER THAT I
WAS BEING CALLED TO THE MEDICAL DEPARTMENT FOR A APPOINTMENT. C/O ORROCK
STOPPED ME AT THE GATE BOTH TIMES AND STARTS TO INTERROGATE ME ON WHY I
WAS THERE. I EXPLAINED TO C/O ORROCK THAT THE MEDICAL DEPARTMENT CALLED
MY BUILDING  FOR ME TO SEE THE DOCTOR. THEN,C/O ORROCK BEGIN TO TO ASK ME
"WHY I NEEDEED TO SEE THE DOCTOR,FOR WHAT,HAVE I BEEN OVER TO THE MEDICAL
DEPARTMENT BEFORE,WHAT IS MY PROBLEM"! I TOLD C/O ORROCK THAT WHATEVER THE
REASONS WERE WHY I NEEDED TO SEE THE DOCTOR,WAS NOT HIS BUSINESS AND HE IS
ONLY A CORRECTIONAL OFFICER AND NOT A PHYSICIAN"! C/O ORROCK TOLD ME TO
STAND OUTSIDE THE FENCE AND WENT INTO THE MEDICAL DEPARTMENT. C/O ORROCK
RETURNED AND TOLD ME THE FIRST TIME,THEY DID NOT WANT TO SEE ME AND I WILL
BE RESCHEDULED"! THE SECOND TIME ON JULY 9,2008.C/O ORROCK TOLD ME,"IF I
DON'T CHECK MY ATTITUDE,I WILL NOT BE GETTING INTO THE MEDICAL DEPARTMENT
NOW OR EVER,AS LONG AS HE IS WORKING THIS GATE"! I TOLD C/O ORROCK THAT,
"HE IS NOT A MEDICAL DOCTOR OR NURSE AND I DON'T HAVE TO EXPLAIN TO HIM
WHY OR WHAT IS WRONG WITH ME,WHEN THE MEDICAL DEPARTMENT CALLED ME FOR A
MEDICAL APPOINTMENT"! I TOLD C/O ORROCK THAT,"ALL HE NEEDS TO DO IS TAKE
MY I.D. IN TO THE MEDICAL DEPARTMENT TO SEE IF THEY WANTED ME AND IF SO,
JUST LET ME IN TO MY APPOINTMENT"! C/O ORROCK CONTINUED TO BE ABRASIVE IN
HIS ADDRESS TO MY REQUEST CONCERNING IT IS NOT HIS BUSINESS WHY OR WHAT I
NEEDED TO SEE THE DOCTOR ABOUT"! SO,I JUST TURNED AROUND AND LEFT THE MEDI-
CAL DEPARTMENT. NO ONE FROM THE MEDICAL DEPARTMENT CALLED MY BUILDING TO
SEE "WHY" I DID NOT MAKE MY MEDICAL APPOINTMRENT OR WHAT HAPPENED. SO,A-
PPARENTLY WHATEVER REASON OR EXCUSE THAT WAS GIVEN TO THE MEDICAL DEPART-
MENT OR TO THE DOCTOR. "WAS GOOD ENOUGH FOR THEM"! SO,A CORRECTIONAL OF-
FICER CAN TELL THE MEDICAL DEPARTMENT ANYTHING THEY WANT TO OR MAKE-UP ANY
THING THEY WANT TO CONCERNING WHY AN INMATE DID NOT MAKE HIS MEDICAL AP-
POINTMENT,AND THATS OKAY WITH THEM.                          (OVER)

THIS SHOWS INCOMPETENCE,NEGLIGENCE,AND THE WILLINGNESS OF THE MEDICAL DE-

PARTMENT TO EXCEPT INFORMATION FROM SOMEONE WHOM IS NOT A MEDICAL DOCTOR

OR NURSE. C/O ORROCK ACTIONS DEMONSTRATES THE MALPRACTICE POTENTIAL  OF

THIS MEDICAL DEPARTMENT AND THE WILLINGNESS TO ALLOW THIS CORRECTIONAL OF-

FICER TO PLACE THE HEALTH AND SAFETY OF THIS INSTITUTION IN JEOPARDY.

 BECAUSE OF THE ACTIONS OF THIS CORRECTIONAL OFFICER. WARRANTS THE FILING

OF THIS 602.


DATED: 7/10/08 .
       7/18/08

SIGNATURE: _____
           MAILLIARD KING K-06711


ACTION REQUESTED CONTINUES:

 TO TAKE DISCIPLINARY ACTIONS AGAINST C/O ORROCK FOR ABUSE OF HIS AUTHORITY

 AND JEOPARDIZING MY HEALTH AND SAFETY,UNDER THE COLOR OF LAW.

 TO IN FORM C/O ORROCK AND THIS ADMINISTRATION TO REFRAME FROM ALL ACTS OF

 RETALIATION AND REPRISAL FOR THE FILING OF THIS 602.


 AS OF THIS DATE(7/18/08) (5)FIVE MEDICAL APPOINTMENTS HAVE BEEN CAN-

CELLED BECAUSE OF THIS CORRECTIONAL OFFICER.INTERFERRING ON MY MEDICAL

APPOINMENTS.

STATE OF CALIFORNIA                                          DEPARTMENT OF CORRECTIONS AND REHABILITATION
**RIGHTS AND RESPONSIBILITY STATEMENT**
CDCR 1858  (Rev. 10/06)

# RIGHTS AND RESPONSIBILITY STATEMENT

*The California Department of Corrections and Rehabilitation has added departmental language (shown inside brackets, in non-boldface type) for clarification purposes.*

**Pursuant to Penal Code 148.6, anyone wishing to file an allegation of misconduct by a departmental peace officer must read, sign and submit the following statement:**

**YOU HAVE THE RIGHT TO MAKE A COMPLAINT AGAINST A POLICE OFFICER** [this includes a departmental peace officer]   **FOR ANY IMPROPER POLICE**   [or peace] **OFFICER CONDUCT. CALIFORNIA LAW REQUIRES THIS AGENCY TO HAVE A PROCEDURE TO INVESTIGATE CITIZENS'** [or inmates'/parolees'] **COMPLAINTS.  YOU HAVE A RIGHT TO A WRITTEN DESCRIPTION OF THIS PROCEDURE.  THIS AGENCY MAY FIND AFTER INVESTIGATION THAT THERE IS NOT ENOUGH EVIDENCE TO WARRANT ACTION ON YOUR COMPLAINT; EVEN IF THAT IS THE CASE, YOU HAVE THE RIGHT TO MAKE THE COMPLAINT AND HAVE IT INVESTIGATED IF YOU BELIEVE AN OFFICER BEHAVED IMPROPERLY.   CITIZEN** [or inmate/parolee] **COMPLAINTS AND ANY REPORTS OR FINDINGS RELATING TO COMPLAINTS MUST BE RETAINED BY THIS AGENCY FOR AT LEAST FIVE YEARS.**

| COMPLAINANT'S PRINTED NAME | COMPLAINANT'S SIGNATURE | DATE SIGNED | |
|---|---|---|---|
| INMATE/PAROLEE PRINTED NAME | INMATE/PAROLEE'S SIGNATURE | CDC NUMBER | DATE SIGNED |
| *Maillard King* <br> RECEIVING STAFF'S PRINTED NAME | *Maillard K* <br> RECEIVING STAFF'S SIGNATURE | *K 06711* <br> DATE SIGNED | *7/18/08* |

DISTRIBUTION:
ORIGINAL -
Public - Institution Head/Parole Administrator
Inmate/Parolee - Attach to CDC form 602
Employee - Institution Head/Parole Administrator
COPY - Complainant

DECLARATION AND PROOF OF SERVICE BY MAIL

I, DANIEL KRAMER , declare under the penalty of perjury that I am
PRINT NAME & NUMBER
over the age of 18 years, ( X ) and not a party, or (  ) am a party to this action,

and reside in Solano County, at P.O. Box 4000, Cell # 12 -232ᵛ ) Vacaville, California.

95696-4000.

That on   July   ,  20  , 2008 . I submitted to custody officials

for inspection, sealing and depositing in the United States Mail, consistent with the

"Mailbox  Rule"; Houston v. Lack, 487 U.S. 266, 108 S.Ct. 2379, 101 L.Ed.2d 245 (1988)

at the California State Prison-Solano, Vacaville, California. 95696-4000 a copy of the

attached hereof:      LETTER AND EXHIBIT TO HEALTH CARE RECEIVERSHIP

in a fully prepaid envelope, addressed to:  U.S. District Court
                                             NorThern District of California
                                             450 Golden Gate Ave
                                             San Francisco, California 94102

I declare under the penalty of perjury that the foregoing is true and correct.

This declaration was executed on this   July  ,  20  , 200 8 , at CSP-Solano,

Vacaville, California. 95696-4000.

DECLARANT