```
1  MAILLIARD KING   K-06711
2  CSP-SOLANO   12-120L
3  P.O.BOX   4000
4  VACAVILLE, CALIFORNIA. 95696-4000
5        In Pro Per
```

E-filing

FILED
08 JUL 23 PH 4:11

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

TEH

MAILLIARD KING,

    Plaintiff,

vs.

D.K.SISTO, (WARDEN)(CSP-SOLANO) et,al,.   Defendant.

CASE NO. CV 08 2960

PRISONER'S APPLICATION TO PROCEED IN FORMA PAUPERIS

(PR)

    I, <u>MAILLIARD KING</u>, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

    In support of this application, I provide the following information:

1.     Are you presently employed? Yes <u>X</u>  No ___

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: <u>NON-PAY NUMBER</u>   Net: <u>N/A</u>

Employer: <u>CSP-SOLANO, P.O. BOX 4000, VACAVILLE, CALIFORNIA. 95696-4000</u>

1  If the answer is "no," state the date of last employment and the amount of the gross and net
2  salary and wages per month which you received. (If you are imprisoned, specify the last
3  place of employment prior to imprisonment.)
4  ___N/A_____
5  _____
6  _____
7  2.  Have you received, within the past twelve (12) months, any money from any of the
8  following sources:
9       a.   Business, Profession or              Yes ___ No _x_
10           self employment
11      b.   Income from stocks, bonds,           Yes ___ No _x_
12           or royalties?
13      c.   Rent payments?                      Yes ___ No _x_
14      d.   Pensions, annuities, or             Yes ___ No _x_
15           life insurance payments?
16      e.   Federal or State welfare payments,  Yes ___ No _x_
17           Social Security or other govern-
18           ment source?
19  If the answer is "yes" to any of the above, describe each source of money and state the amount
20  received from each.
21  ___N/A_____
22  _____
23  3.   Are you married?                         Yes _x_ No ___
24  Spouse's Full Name: __DORIS DAVIS KING_____
25  Spouse's Place of Employment: ___I DO NOT KNOW WHERE._____
26  Spouse's Monthly Salary, Wages or Income:
27  Gross $___DON'T KNOW!_____ Net $_____
28  4.   a.   List amount you contribute to your spouse's support:$ ___-0-___

PRIS. APP. TO PROC. IN FORMA PAUPERIS       - 2 -

1  b. List the persons other than your spouse who are dependent upon you for
2  support and indicate how much you contribute toward their support. (NOTE:
3  For minor children, list only their initials and ages. DO NOT INCLUDE
4  THEIR NAMES.).

5  __NONE!_____

6  _____

7  5. Do you own or are you buying a home?   Yes ____ No _X_
8  Estimated Market Value: $____0_____ Amount of Mortgage: $_____0_____
9  6. Do you own an automobile?   Yes ____ No _X_
10 Make _____0_____ Year ____0_____ Model _____0_____
11 Is it financed? Yes _____ No _X_ If so, Total due: $ _____0_____
12 Monthly Payment: $ _____0_____
13 7. Do you have a bank account?  Yes ____ No _X_ (Do not include account numbers.)
14 Name(s) and address(es) of bank: _____N/A_____
15 _____
16 Present balance(s): $ ____0_____
17 Do you own any cash?  Yes ___ No _X_  Amount: $ _____0_____
18 Do you have any other assets? (If "yes," provide a description of each asset and its estimated
19 market value.)  Yes ____ No _x_
20 _____

21 8. What are your monthly expenses?
22 Rent: $ ____0_____  Utilities: ___0_____
23 Food: $ ____0_____  Clothing: ___0_____
24 Charge Accounts:

25 | Name of Account | Monthly Payment | Total Owed on This Acct. |
   |---|---|---|
26 | N/A | $ 0 | $ 0 |
27 | N/A | $ 0 | $ 0 |
28 | N/A | $ 0 | $ 0 |

9. Do you have any other debts? (List current obligations, indicating amounts and to whom they are payable. Do not include account numbers.)

_____NONE_____

_____

10. Does the complaint which you are seeking to file raise claims that have been presented in other lawsuits?  Yes _X_  No ___

Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in which they were filed.

___MAILLIARD KING Vs. D.K.SISTO(WARDEN)(CSP-SOLANO):CIV S-07-

___0846 FCD JFM P___EASTERN DISTRICT COURT OF CALIFORNIA

I consent to prison officials withdrawing from my trust account and paying to the court the initial partial filing fee and all installment payments required by the court.

I declare under the penalty of perjury that the foregoing is true and correct and understand that a false statement herein may result in the dismissal of my claims.

_6/19/08_____          _Mailliard K_____
DATE                                           SIGNATURE OF APPLICANT
7/20/08